UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   NO. 24-CR-10391-IT |
| | ) |
| MAHDI SADEGHI | ) |

<u>**ASSENTED TO MOTION TO CONTINUE DETENTION HEARING**</u>

Defendant, Mahdi Sadeghi, by his attorney, respectfully requests that this Honorable Court continue the Detention Hearing, presently set for January 2, 2025.

In support of this request, Defense Counsel states that the parties and the probation department continue to engage in discussions about whether there are conditions of release that could be appropriate to address any concerns regarding risk of flight. Until those discussions are completed, a detention hearing would be premature.

The parties have conferred and the Government assents to this request. The Defendant understands that his detention will continue and agrees that any time as a result of this continuance is excludable pursuant to the Speedy Trial Act.

    Respectfully submitted,

    MAHDI SADEGHI
    By and through counsel,

    */s/ Jessica Thrall*

    Jessica Thrall
    BBO # 670412
    Federal Defender Office
    51 Sleeper Street, 5th Floor
    Boston, MA 02210
    617-223-8061

Dated: December 31, 2024

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 31, 2024.

                                          */s/ Jessica P. Thrall*
                                          Jessica P. Thrall