IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MAHDI SADEGHI | No. 1:24-cr-10391-IT |

**DEFENDANT MAHDI SADEGHI'S MOTION
TO POSTPONE JURY SELECTION TO MARCH 2, 2026**

Defendant Mahdi Sadeghi respectfully moves to postpone jury selection to March 2, 2026. The government has stated that it does not assent to this request due to concerns over the Court's unavailability after March 13, 2026.

The Court has scheduled jury selection to occur on Monday, February 23, and trial to begin on Monday, March 2. D.E. 156. As discussed at the final pre-trial conference on February 19, the defense has serious concerns that the possibility of an imminent armed conflict between the U.S. and Iran will make it impossible for Mr. Sadeghi to receive fair trial, given the pending charges and anticipated evidence in this case.[1]

---

[1] In recent days, it has been impossible to ignore the alarming media reports about a possible attack by the U.S. on Iran and the resulting risk of a wider regional war. Major media outlets, in the Boston area and around the country, have widely covered this important international news, in print and online as well as on television and radio. By way of example, in just the past 72 hours, the following articles have prominently run in the Boston Globe, New York Times, Wall Street Journal and CNN. *See, e.g.*, Kevin Liptak et al., "Trump confronts his options on Iran – from targeted attacks to potentially toppling regime," CNN (Feb. 19, 2026), https://www.cnn.com/2026/02/19/politics/us-iran-strike-options-trump-military; Alexander Ward, "Trumps Weighs Initial Limited Strike to Force Iran into Nuclear Deal," WSJ (Feb. 19, 2026), https://www.wsj.com/world/middle-east/trump-hints-at-10-day-window-for-decision-on-iran-6370e477?mod=hp_lead_pos1; Online, "Trump Says Iran Decision May Come Within 10 Days," WSJ (Feb. 19, 2026), https://www.wsj.com/video/trump-says-iran-decision-may-come-within-10-days/BCA39D59-A609-4807-9615-0767E402BD81?mod=Searchresults&pos=5&page=1; Jon Gambrell, "Trump warns of 'bad things' if Iran doesn't make a deal, as second US carrier nears Mideast," AP/Globe (Feb. 19, 2026), https://www.bostonglobe.com/2026/02/19/world/trump-

Upon further reflection, the defense respectfully suggests that a more prudent course would be to postpone jury selection to Monday, March 2, in the hope that an impartial jury can be seated at that time, and the trial can begin promptly thereafter.

The current plan to conduct jury selection on Monday, February 23, would exacerbate the risk of unfair prejudice to Mr. Sadeghi. If the Court proceeds in that way, potential jurors will learn that this case involves an Iranian-American defendant and criminal charges that he violated U.S. sanctions on Iran by exporting electronic components to Iran. Thus primed to have heightened interest in Iran, those jurors will then be inundated, for a full week, with news about the dangers that Iran poses to the U.S. and the world, its regime's efforts to obtain nuclear weapons, its support for international terrorism, and a buildup of U.S. military forces to confront those "threats" at a pace and scale unseen in recent memory. Then, whether war eventually breaks out or not, the potential jurors will have been tainted. And it will do little good to bring them back on Monday, March 2, to inquire whether they heard "anything" about Iran that might affect them and their

---

warns-bad-things-if-iran-doesnt-make-deal-second-us-carrier-nears-mideast/?p1=BGSearch_Overlay_Results ; Jon Gambrell, "Iran and the US lean into gunboat diplomacy as nuclear talks hang in balance," AP/Globe (Feb. 19, 2026), https://www.bostonglobe.com/2026/02/19/world/iran-us-nuclear-program-talks/?p1=BGSearch_Overlay_Results ; Kristen Holmes et al., "US military prepared to strike Iran as early as this weekend, but Trump has yet to make a final call, sources say," CNN (Feb. 18, 2026), https://www.cnn.com/2026/02/18/politics/military-strike-trump-us-iran ; Lara Seligman et al., "U.S. gathers the most air power in the Mideast since the 2003 Iraq invasion," WSJ (Feb. 18, 2026), https://www.wsj.com/world/middle-east/u-s-gathers-the-most-air-power-in-the-mideast-since-the-2003-iraq-invasion-98ced89f ; Helene Cooper et al., "US military moves into place for possible strikes against Iran," NYT/Globe (Feb. 18, 2026), https://www.bostonglobe.com/2026/02/18/world/us-military-possible-strikes-iran/?p1=BGSearch_Overlay_Results ; Margherita Stancatt et al., "Iran is getting ready for war with the U.S.," WSJ (Feb. 18, 2026), https://www.wsj.com/world/middle-east/as-iran-negotiates-it-is-preparing-for-war-with-the-u-s-d0aa48fa?mod=Searchresults&pos=8&page=1 ; Amelia Nierenberg et al., "Iran holds exercises in Strait of Hormuz after Trump threatens military action," NYT/Globe (Feb. 17, 2026), https://www.bostonglobe.com/2026/02/17/world/iran-holds-exercises-strait-hormuz-after-trump-threatens-military-action/?p1=BGSearch_Overlay_Results .

consideration of the evidence against Mr. Sadeghi, who is *not* charged with providing material support to the current Iranian regime.

It would be more prudent, in the defense's view, to postpone jury selection. If armed conflict unfortunately breaks out or continues to appear imminent, the Court has indicated that it will consider a continuance of the entire trial. In that event, time and resources selecting a jury on February 23 will have been wasted. If military conflict no longer appears imminent, and if the news subsides by March 2, the Court can then attempt to seat jurors who have not been affected by the recent reports of possible war and who can discharge their duties without bias or prejudice for or against any party.

When the Court initially decided to conduct jury selection one week before trial, the primary purpose was to use the time from March 2 through March 13 as efficiently as possible with the aim of completing the trial and having the jury return its verdict within that two-week window. Since then, the Court has made a number of pre-trial decisions—most notably, excluding most of the government's anticipated "drone" evidence," D.E. 192—that will allow the entire trial to move more swiftly.[2] Given those developments, the modest benefit of saving one day of court time, which may no longer be necessary, does not warrant the serious risk of unfair prejudice to Mr. Sadeghi in these unusual and unanticipated circumstances.

WHEREFORE, Defendant Mahdi Sadeghi respectfully requests that the Court postpone jury selection to Monday, March 2, 2026, with trial to begin with opening statements on Tuesday,

---

[2] The government previously advised the Court that trial in this case, including the government's extensive "drone" evidence, would likely take two weeks. Since then, and in light of the Court's ruling, the government has removed from its witness list two expert witness and seven military witnesses. It has also removed from its exhibit list extensive evidence about the collection and analysis of debris recovered from Jordan and Syria. It is difficult to see why, without these witnesses and exhibits, the government still needs the same amount of time to present its narrower case against Mr. Sadeghi.

3

March 3, 2026, after an impartial jury has been seated and sworn.

> Respectfully submitted,
>
> **MAHDI SADEGHI**
>
> by his attorneys,
>
> */s/ Daniel N. Marx*
> William W. Fick (BBO #650562)
> Daniel N. Marx (BBO #674523)
> Amy Barsky (BBO #601111)
> FICK & MARX LLP
> 24 Federal Street, 4th Floor
> Boston, MA 02110
> (857) 321-8360
> *wfick@fickmarx.com*
> *dmarx@fickmarx.com*
> *abarsky@fickmarx.com*

## LOCAL RULE 7.1 CERTIFICATION

Defense counsel certify that they conferred in good faith with counsel for the government in an effort to resolve or narrow the issues described herein.

> */s/ Daniel N. Marx*
> Daniel N. Marx

## CERTIFICATE OF SERVICE

I, Daniel N. Marx, hereby certify that on February 20, 2026, I caused this document to be filed through the ECF system.

> */s/ Daniel N. Marx*
> Daniel N. Marx

4