IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MAHDI SADEGHI | No. 1:24-cr-10391-IT |

**UNOPPOSED MOTION TO CONTINUE TRIAL
DUE TO OUTBREAK OF ARMED CONFLICT WITH IRAN**

Defendant, Mahdi Sadeghi, respectfully moves to continue the trial for at least 30 days beyond the currently-scheduled date of March 19, 2026 due to the outbreak of war with Iran. The government stated that it would not oppose this motion, so long as the defense filed by today, in the expectation of a ruling that would provide prompt clarity to counsel and witnesses.

On February 28, 2026, the potential for armed conflict between the United States and Iran became a reality. Actual war stories now dominate the news. The President has stated that active combat operations will likely continue for at least 4-5 weeks.[1] Iranian drones and missiles have struck targets in Cyprus, Lebanon, Israel, Jordan, Iraq, Kuwait, Bahrain, Qatar, the United Arab Emirates, Oman, and Saudia Arabia.[2] Six U.S. service members have been killed over the first three days of military action,[3] and at least one Massachusetts reservist was injured in an Iranian

---

[1] *See* Zolan Kanno-Youngs, David E. Sanger, and Tyler Pager, "Trump Says War Could Last Weeks and Offers Contradictory Vision of New Regime," *New York Times* (Mar. 1, 2026), *available at* https://www.nytimes.com/2026/03/01/us/politics/trump-iran-war-interview.html.

[2] *See* "In maps: Strikes across Iran and the Middle East," BBC (Mar. 3, 2026), *available at* https://www.bbc.com/news/articles/c4g0pnnj8xyo.

[3] *See* Helene Cooper, "U.S. Military Death Toll Rises to 6," *New York Times* (Mar. 2, 2026), *available at* https://www.nytimes.com/2026/03/02/world/middleeast/us-military-death-toll-iran.html.

1

air attack on a U.S. military installation.[4] News reports and social media are awash with graphic and dramatic audio and visual depictions of actual drone strikes.[5] Air travel to and through the Middle East has been severely disrupted,[6] with hundreds of thousands of passengers left stranded.[7]

The Sixth Amendment requires trial by "a panel of impartial, 'indifferent' jurors." *Irvin v. Dowd*, 366 U.S. 717, 722 (1961). The Supreme Court "has insisted that no one be punished for a crime without a charge fairly made and fairly tried in a public tribunal free of prejudice, passion, [or] excitement…." *Sheppard v. Maxwell*, 384 U.S. 333, 350 (1966) (internal citations and quotation marks omitted). "[W]here there is a reasonable likelihood that prejudicial news prior to trial will prevent a fair trial, the judge should continue the case until the threat abates." *Id*. at 363.

In these intense, unprecedented, and still-evolving circumstances, the defense submits that it would be imprudent to attempt to select an impartial jury and commence trial as currently scheduled on March 19, 2026, in a case that involves an Iranian-American defendant charged with unlawfully exporting to Iran goods and technology that the government alleges to have

---

[4] *See* Norman Miller, "Sudbury Police employee injured in Iranian attack on U.S. military base," *MetroWest Daily News* (Mar. 2, 2026), *available at* https://www.metrowestdailynews.com/story/news/military/2026/03/02/sudbury-police-massachusetts-resident-us-navy-reserves-sailor-injured-iran-missile-uae/88949391007/.

[5] *See* Ayesha Rascoe and Geoff Brumfiel, "The Internet is flooded with videos of strikes by the U.S, Israel, and Iran," NPR (Mar. 1, 2026), *available at* https://www.npr.org/2026/03/01/nx-s1-5730378/the-internet-is-flooded-with-videos-of-strikes-by-the-u-s-israel-and-iran; *see also* Aya Batrawy and A Martinez, "Iran targets Gulf states and U.S. Bases as retaliation for U.S.-Israel strikes," NPR (Mar. 2, 2026) (audio including disturbing sounds of drone approach "buzz" and explosion), *available at* https://www.npr.org/2026/03/02/nx-s1-5731472/iran-targets-gulf-states-and-u-s-bases-as-retaliation-for-u-s-israel-strikes.

[6] *See* Gwyn Topham and Callum Jones, "Thousands of flights cancelled as world faces worst travel chaos since Covid crisis," *The Guardian* (Mar. 2, 2026), *available at* https://www.theguardian.com/world/2026/mar/02/flights-cancelled-middle-east-travel-chaos-us-israeli-iran-conflictflights-cancelled-middle-east-travel-chaos-us-israeli-iran-conflict.

[7] *See id*. Indeed, one of the defense's trial witnesses is currently in Dubai.

applications in military aviation. Even the most searching voir dire cannot reliably ensure impartiality in these conditions. *See United States v. Moreno Morales*, 815 F.2d 725, 753 (1st Cir. 1987) (Torruella, J. concurring in part and dissenting in part) ("There is abundant case law … to the effect that under appropriate circumstances a trial court is duty bound to reject jurors' claims of objectivity where the prospective jurors have been subjected to a barrage of inflammatory publicity immediately prior to trial.") (internal citations and quotation marks omitted). Moreover, it is simply impractical to instruct impaneled jurors to avoid all news or discussion of the war generally or military drones specifically during the entirety of a two-plus-week trial.

While it is impossible to entirely insulate criminal trials from world events, it plainly would be prudent to pause in the hope and expectation that military action will likely abate, along with its prominence in the daily news cycle.

Accordingly, the defense requests that the Court adjourn the current trial date immediately to provide clarity to counsel and witnesses, and then set a hearing to schedule a new date.

                                                      Respectfully submitted,

                                                      **MAHDI SADEGHI**

                                                      by his attorneys,

                                                      */s/ William W. Fick*
                                                      William W. Fick (BBO #650562)
                                                      Daniel N. Marx (BBO #674523)
                                                      Amy Barsky (BBO #601111)
                                                      FICK & MARX LLP
                                                      24 Federal Street, 4th Floor
                                                      Boston, MA 02110
                                                      (857) 321-8360
                                                      *wfick@fickmarx.com*
                                                     *dmarx@fickmarx.com*
                                                     *abarsky@fickmarx.com*

## LOCAL RULE 7.1 CERTIFICATION

Defense counsel certify that they conferred in good faith with counsel for the government in an effort to resolve or narrow the issues described herein.

*/s/ William W. Fick*

## CERTIFICATE OF SERVICE

I, William W. Fick, hereby certify that on March 3, 2026, I caused this document to be filed through the ECF system.

*/s/ William W. Fick*

4