UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>MAHDI MOHAMMAD SADEGHI, a/k/a MOHAMMAD MAHDI SADEGHI,<br><br>Defendant. | No. 1:24-CR-10391-IT |

**JOINT MOTION TO CONTINUE RESPONSE DEADLINES**

On February 25, 2026, the government filed a Motion in Limine to Admit Lay Opinion and Expert Testimony (Doc. 228). On February 27, 2026, the Court ordered the government to file a reply to the defendant's opposition to the Motion in Limine to Admit Co-Conspirator Statements. (Docs. 176, 197, 232). Upon the parties request, both filings are currently due March 11, 2026.

The Court has now continued trial in this matter until June 22, 2026. The parties jointly request an additional one-week extension to file the pleadings referenced above. This extension will allow the parties to fully brief the issues and confer regarding any areas that can be agreed upon. This extension would establish a due date for both filings on March 18, 2026.

Respectfully submitted,

| | |
|---|---|
| LEAH B. FOLEY<br>United States Attorney | JOHN A. EISENBERG<br>Assistant Attorney General |
| | |
| By: /s/ *Jared C. Dolan*<br>JARED C. DOLAN<br>ALATHEA E. PORTER<br>Assistant United States Attorneys | By: */s/ Leslie C. Esbrook*<br>LESLIE C. ESBROOK<br>Trial Attorney |

## CERTIFICATE OF SERVICE

      I certify that I filed this document via the CM/ECF system on March 9, 2026, which caused the document to be electronically served on all counsel of record.

                                          */s/ Jared C. Dolan*
                                          Jared C. Dolan