IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MAHDI SADEGHI | No.  1:24-cr-10391-IT |

**RESPONSE TO GOVERNMENT'S MEMORANDUM CONCERNING
CONDITIONS OF RELEASE [D.E. 267]**

The defense agrees with the Court's stated inclination to find that, in the emergent circumstances, conditions of release can "reasonably assure" Mr. Sadeghi's appearance at trial. 18 U.S.C. § 3142(e).

Contrary to the government's assertion, Mr. Sadeghi could not "easily relocate" abroad, much less do so with his wife and native-born American children, much less during a war, hypothetically traveling on new Iranian passports, at a time when the whole world is wary of Iran. And even if he could, no evidence specific to Mr. Sadeghi suggests he would ever *want* to do so, much less risk even greater punishment to try while under close supervision. While the Court noted much of Mr. Sadeghi's extended family reside abroad, Mr. Sadeghi and his immediate family have lived in the United States for decades and are deeply embedded in the community here. *Dozens* of people submitted letters in support of his release. *See* D.E. 29-1 (compilation of letters).

As noted in the government's filing, Mr. Sadeghi has no objection to strict home confinement, GPS monitoring, and a substantially larger bond than Magistrate Judge Cabell had originally contemplated, signed by Mr. Sadeghi and his wife, and secured with the available equity in their family home.

In addition, as previously noted, the passports of Mr. Sadeghi's wife are already in the government's possession (and she has made no effort to retrieve them) and their children's passports could also be voluntarily surrendered, further emphasizing the commitment of this entire *family* to respect the law, this Court, and all conditions that it may impose.

Respectfully submitted,

**MAHDI SADEGHI**

by his attorneys,

/s/ William W. Fick
William W. Fick (BBO #650562)
Daniel N. Marx (BBO #674523)
Amy Barsky (BBO #601111)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
*wfick@fickmarx.com*
*dmarx@fickmarx.com*
*abarsky@fickmarx.com*

<u>**CERTIFICATE OF SERVICE**</u>

I, William W. Fick, hereby certify that on June 10, 2026, I caused this document to be filed through the ECF system.

/s/ William W. Fick

2