United States District Court
District Court
Exhibits Log: 24cr10391-IT
USA v Sadeghi, 6/22/2026

| EXHIBIT | DESCRIPTION |
|---|---|
| Court-002 | 2014-04-25 Business Plan (farsi) |
| Court-002-1 | 2014-04-25 Attachment Business Plan (English translation) |
| Court-003 | 2016-10-24 Re SDRA |
| Court-004 | 2016-10-29 Re NO meeting today |
| Court-005 | 2016-11-4 Docs |
| Court-006 | 2016-11-21 Contract |
| Court-007 | 2016-11-23 Contract |
| Court-008 | 2016-11-26 Outsourcing Contract |
| Court-009 | 2016-12-21 Schematic Files |
| Court-010 | 2016-12-23 Re Confirmation of your order - Mouser |
| Court-012 | 2016-12-23 Confirmation of your order - Mouser |
| Court-013 | 2016-12-27 Shipment Notification - Mouser |
| Court-014 | 2017-01-07 Re Data Collection |
| Court-014-1 | 2017-01-07 Re Data Collection_Translation |
| Court-015 | 2017-01-07 Re Data Collection (Farsi) |
| Court-015-1 | 2017-01-07 Re Data Collection (Translation) |
| Court-016 | 2017-01-31 Fw Contract (Farsi) |
| Court-016-1 | 2017-01-31 Fw Contract (translation) |
| Court-017 | 2017-03-01 SDRA Google Account Registration |
| Court-018 | 2017-04-14 Re Confirmation of your order - Mouser |
| Court-019 | 2017-04-14 Fwd Confirmation of your order - Mouser |
| Court-020 | 2017-04-15 Mouser invoice (Farsi) |
| Court-020-1 | 2017-04-15 Mouser Invoice (translation) |
| Court-021 | 2017-10-13 Fwd ADIS16460 |
| Court-022 | 2017-10-18 Re Tacit Motion Intro |
| Court-023 | 2017-10-26 SDRA Google Account Billing |
| Court-024 | 2017-10-31 RE ADIS16470 |
| Court-025 | 2017-12-06 Update on ADI Project |
| Court-026 | 2017-12-20 Chase Statement |
| Court-028 | 2018-01-08 Contract (farsi) |
| Court-028-1 | 2018-01-08 Contract (Translation) |
| Court-029 | 2018-01-19 Meeting tonight |
| Court-030 | 2018-03-13 Re Intern |
| Court-031 | 2018-05-10 Stock Purchase NDA and Consulting Agreement |
| Court-033 | 2018-05-18 Re ADIS16470 sample |
| Court-034 | 2018-06-08 Re Saturday Meeting |
| Court-035 | 2018-06-09 Contract (Farsi) |
| Court-035-1 | 2018-06-09 Contract (translation) |
| Court-038 | Business Plan SadraLab-Submitted-doc |

- 1 -

| EXHIBIT | DESCRIPTION |
|---|---|
| Court-038-1 | SadraLab BP file path |
| Court-039 | 2018-09-02 Fw Business Plan |
| Court-041 | 2018-09-10 Business Plan SavSol |
| Court-043 | 2018-10-06 Fw images are self explanatory |
| Court-044 | 2018-10-06 Fwd images are self explanatory |
| Court-045 | 2018-10-10 Fw images are self explanatory |
| Court-046 | 2018-10-10 Fw Raw Data |
| Court-047 | 2018-12-14 Re job |
| Court-048 | 2019-01-30 Sadeghi ADI employee confidentiality agreement |
| Court-050 | 2019-06-18 Posture Algo |
| Court-051 | 2019-07-20 Fwd Itinerary Receipt |
| Court-052 | 2019-08-17 Illumove GoDaddy Records |
| Court-053 | 2019-08-22 Test |
| Court-054 | 2019-08-27 Abedini test illumove email |
| Court-055 | 2019-08-27 Re Test for sending |
| Court-056 | 2019-08-27 Test (Sadeghi to Abedini) |
| Court-057 | 2019-08-27 Potential Eval kit subcon |
| Court-058 | 2019-08-28 Alogo - Illumove |
| Court-059 | 2019-08-30 Illumove Website Notes |
| Court-060 | 2019-08-30 Galchev chat with Sadeghi re Illumove website |
| Court-061 | 2019-08-30 Development partner |
| Court-062 | 2019-09-01 Fw Development partner |
| Court-063 | 2019-09-02 Re Development partner |
| Court-064 | 2019-09-03 Re Development partner |
| Court-065 | 2019-09-11 Fwd updated eval MRD |
| Court-066 | 2019-09-23 Fw Shiratech |
| Court-067 | 2019-10-11 Fw evaluation system project |
| Court-068 | 2019-10-13 Fw evaluation system project |
| Court-069 | 2019-10-13 Re Fw evaluation system project |
| Court-070 | 2019-10-23 Re Update Alogo Move |
| Court-071 | 2019-11-14 Re work package |
| Court-072 | 2019-11-20 eval board project |
| Court-073 | 2019-11-27 Evaluation System Project Proposal - Illumove SA |
| Court-074 | 2019-12-29 Hosseini Logo inquiry Abedini bcc (farsi) |
| Court-074-1 | 2019-12-29 Hosseini Logo inquiry Abedini bcc (translation) |
| Court-077 | 2020-01-13 ADI US Export Training Chart |
| Court-078 | 2020-01-13 - Congratulations - Complying with U-S- Export Controls Training Course |
| Court-079 | 2020-01-24 review eval board proposal |
| Court-081 | 2020-02-28 Re eval board project |
| Court-082 | 2020-03-06 FW eval board project |
| Court-083 | _2020-03-06 RE eval board project |
| Court-084 | 2020-03-11 Re Can you fill in the table below |
| Court-085 | 2020-03-19 Re eval board project |
| Court-086 | 2020-03-23 RE Tax dechets |

| EXHIBIT | DESCRIPTION |
| --- | --- |
| Court-088 | 2020-08-10 Fwd Change of company name from SadraLab to illumove |
| Court-089 | 2021-03-16 Skype meeting - Eval Platform |
| Court-091 | 2021-05-13 Delegation Email |
| Court-093 | 2021-06-15 Illumove RFP |
| Court-095 | 2021-09-07 RE Illumove justification |
| Court-096 | 2021-10-07 ADI and Illumove Statement of Work |
| Court-097 | 2021-12-16 RE ADXL367 Export Control |
| Court-099 | 2022-02-14 GNSS Alogrithm |
| Court-100 | 2022-02-24 FW EvalBoard Update |
| Court-103 | 2022-03-08 RE Illumove GNSS |
| Court-104 | 2022-03-10 Eval Platform progress |
| Court-104-1 | illumove_analog_device_demo |
| Court-104-2 | usb |
| Court-105 | Khosrownejad onedrive - Agreement Initial (Farsi) |
| Court-105-1 | Khosrownejad onedrive - Agreement Initial (Translation) |
| Court-106 | 2022-04-09 Fw missing datasheets |
| Court-107 | 2022-04-09 Fw ADXL382 datasheet |
| Court-108 | 2022-04-09 Fw missing datasheets |
| Court-109 | 2022-05-11 Fw Inertial Sensor Eval System |
| Court-110 | 2022-06-09 RE DS for Illumove |
| Court-111 | 2022-08-10 Fw ADI eval system - illumove |
| Court-112 | 2022-08-16 Re Request for a part |
| Court-113 | 2022-09-22 Fedex shipping documents for ADXL382 |
| Court-114 | 2022-09-27 Re Illumove updates |
| Court-115 | 2022-09-29 FedEx Shipment Information Report (Tracking Number 600995331650) |
| Court-116 | 2022-10-04 Fw ADI - illumove updates |
| Court-117 | 2022-10-21 RE Analog Devices sample center order |
| Court-118 | 2022-10-21 Fedex shipping documents for ADXL382 |
| Court-119 | 2022-10-28 Re new FW |
| Court-120 | 2022-11-04 Questions about XL382 |
| Court-121 | 2022-11-04 Questions about XL382 Metadata Screenshot |
| Court-122 | 2022-11-11 RE shipment |
| Court-123 | 2022-11-28 Engineer Zone |
| Court-126 | 2023 ADI Sharepoint |
| Court-127 | 2023 Looney and Simon PowerPoint on ADIS1657 |
| Court-128 | 2023-02-28 Re ADXL317 Test |
| Court-129 | 2023-02-28 Re ADXL317 Test Metadata Screenshot |
| Court-130 | 2023-04-19 FW Analog Devices Sample Center order |
| Court-131 | 2023-05-10 Re USB port issue |
| Court-132 | 2023-05-12 Teams invite Illumove RFP |
| Court-133 | 2023-05-20 Fw Analog Devices Sample Center order |
| Court-135 | 2023-07-10 Forum for BR |
| Court-136 | 2023-07-10 Attachment Metadata Screenshot |
| Court-137 | 2023-07-11 Fedex Shipment Information Report (Tracking Number 639766904889) |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| Court-138 | 2023-07-11 Fedex Shipping documents |
| Court-139 | 2023-07-11 Forum for BR |
| Court-142 | 2023-08-01 Customer Evaluation |
| Court-143 | 2023-08-03 Pablo to Thompson Abedini ooo |
| Court-144 | 2023-08-08 Re GNSS RFP |
| Court-145 | 2023-08-16 RE MCB BOM |
| Court-146 | 2023-08-16 Attachment Metadata Screenshot - MCB tester proposal |
| Court-148 | 2023-09-12 Re RFP GNSS INS |
| Court-150 | 2023-09-12 Attachment metadata screenshot RFP |
| Court-151 | 2023-09-12 MCB BOM |
| Court-152 | 2023-09-12 MCB Attachment Metadata Screenshot |
| Court-153 | 2023-09-26 RFP - GNSS INS |
| Court-154 | 2023-10-09 RE SEA Discussion |
| Court-155 | 2023-10-14 FW Illumove Intro Meeting |
| Court-156 | 2023-10-18 Illumove SES Intro |
| Court-157 | 2023-11-20 Illumove SES Intro 10-18 minutes |
| Court-158 | 2023-11-22 Re Review Illumove architecture components code etc |
| Court-159 | 2023-12-06 Re Review Illumove |
| Court-160 | 2023-12-14 Re Review Ilumove archtecture minutes |
| Court-161 | 2023-12-15 Meeting recording |
| Court-162 | 2024-01-30 re illumove boards for demo |
| Court-165 | 2024-03-04 IMUs Thompson PowerPoint |
| Court-167 | 2024-03-06 follow up |
| Court-168 | 2024-03-08 RE Raptor 450 dps samples |
| Court-169 | 2024-03-15 ADI invoice to Illumove ADIS16607_ADXL380 |
| Court-170 | 2024-03-15 FedEx Shipment Information Report (Tracking Number 701612270431) |
| Court-171 | 2024-03-15 Fedex shipping documents |
| Court-172 | 2024-04-23 Osprey datasheet |
| Court-173 | 2024-05-02 Samples to illumove |
| Court-174 | 2024-05-02 Samples for illumove |
| Court-175 | 2024-05-02 Sadeghi sends Thompson illumove address |
| Court-176 | 2024-05-06 FedEx Shipment Information Report (Tracking Number 701612276381) |
| Court-177 | 2024-05-06 Fedex shipment |
| Court-179 | 2024-05-21 fwd demos for sensor converge |
| Court-181 | 2024-06-05 invite re illumove demo |
| Court-184 | 2024-07-24 ADLX380_382 PowerPoint |
| Court-185 | 2024-12-16 Advice of Rights_Sadeghi Signed |
| Court-186 | 2024-12-16 Sadeghi FBI Interview_RDX |
| Court-187 | ADI Product Families |
| Court-190 | Internal ADI Spreadsheet showing shipments_exports |
| Court-191 | 419646-document FBI _Qatar subpoena return |
| Court-192 | Sadeghi desktop screenshot |
| Court-193 | Sadeghi laptop - filename 58868186739__7B4FA842-E3FF-444F-BFF0-32C9E85C5B70-jpeg |
| Court-194 | Sadeghi laptop - Letter-of-Intent-SDRA v2 |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| Court-195 | Sadeghi laptop - Sadra-Co Password Summary |
| Court-196 | Sadeghi laptop - Schematic Prints |
| Court-196-1 | schematic file path on 1B33 |
| Court-197 | Sadeghi laptop - screenshot of file ADIS16470 Vehicle test |
| Court-198 | Sadeghi laptop - Sepehr User Manual_rev1-0 |
| Court-198-1 | Sephr User Manual (Translation) |
| Court-199 | Sadeghi laptop screenshot of Telegram - SNav Userface |
| Court-200 | Sadeghi laptop screenshot of Telegram - Abedini Test 2 |
| Court-201 | Sadeghi laptop screenshot of Telegram - Abedini test |
| Court-202 | Sadeghi laptop screenshot of Telegram - flight itinerary Abedini |
| Court-203 | Sadeghi laptop screenshot of Telegram - flight option Abedini |
| Court-204 | Sadeghi laptop screenshot of Telegram - SDRA |
| Court-205 | Sadeghi phone - Abedini Telegram Chat (farsi) |
| Court-205-1 | Sadeghi phone - Abedini Telegram Chat (formatted translation) |
| Court-206 | Sadeghi phone - Abedini WhatsApp Chat (farsi) |
| Court-206-1 | Sadeghi phone - Abedini WhatsApp Chat (formatted translation) |
| Court-211 | Sadeghi phone - Photos |
| Court-212 | Sadeghi phone - SDRA Co passkey |
| Court-213 | Sadeghi phone - SDRA wifi connect |
| Court-214 | Summary Chart - Abedini Travel chart |
| Court-215 | Summary Chart - Sadeghi Travel chart |
| Court-219 | Sadeghi laptop - Motion Capture |
| Court-220 | Illumove Ledger (Farsi) |
| Court-220-1 | Illumove Ledger (English translation) |
| Court-221 | Tehran Maps |
| Court-222 | SRDA Ledger from 2021-2022 (Farsi) |
| Court-222-1 | SDRA ledger 2021-2022 (translation) |
| Court-223 | FY2022-2023 SDRA fiscal year report (Farsi) |
| Court-223-1 | SDRA fiscal year (translation) |
| Court-224 | 2013-04-26 Form Enquiry Customer Service Support |
| Court-227 | 2023-10-13 Illumove Intro Meeting |
| Court-228 | 2023-10-17 Illumove Intro Meeting |
| Court-229 | 2023-10-17 Illumove SES Intro |
| Court-230 | 2024-02-22 IIO Dev Proposal |
| Court-231 | 2018-03-13 - Re Meeting Sometime Soon |
| Court-513 | USAO_403052_ILL-MAI-21375-Consulting Services Agreement - Inc. 11.2020_final |
| Court-514 | USAO_403057_ILL-MAI-21451-Mutual Confidentiality Agreement - rev 11.2020_final |
| Court-519 | 1466505_IRAN-EO13876-2020-368201-1_CAS_for_MLF_False_Hit |
| Court-525-1 | SW photo RGR_0350 |
| Court-525-2 | SW photo RGR_0349 |
| Court-525-3 | sw photo RGR_0173 |
| Court-525-4 | sw photo RGR_0160 |
| Court-525-5 | sw photo RGR_0206 |
| Court-526 | 2017-09-23 email Matlab Codes for Nav w sepehr parser |

| EXHIBIT | DESCRIPTION |
|---|---|
| Court-527 | IMG_9017 Sadeghi Deillon saddle photo |
| Court-528 | IMG_9002 saddle module photo |
| Court-528-1 | saddle photo file path on 1B33 |
| Court-529 | 2016-04-26 email re_ Hi |
| Court-530 | 2016-07-30 email Meeting on Sunday - July 31st |
| Court-531 | 2016-08-12 email Salam |
| Court-532 | 2017-07-22 email pic |
| Court-533 | 2018-02-01 email OUR FIRST CONTRACT FINALIZED! |
| Court-534 | 2016-07-31 email Fwd_ Pitch Slides with attachment |
| Court-535 | 2019.01.30 ADI Sadeghi Offer Letter |
| Court-536 | 2019.12.19 ADI Email to M Sadeghi re Training Course |
| Court-537 | USAO-419182_Analog Devices Order Acknowledgement_1003306651.txt |
| Court-538 | USAO-419184_Analog Devices Shipment Notice_1003306651_1.txt |
| Court-539 | USAO-419193_1003377229 Shipment Notice.pdf |
| Court-540 | USAO-419195_Analog Devices Order Acknowledgement_1003377229.txt |
| Court-541 | USAO-419186_Analog Devices Order Acknowledgement_1003358097.txt |
| Court-542 | USAO-419188_Analog Devices Shipment Notice_1003358097.txt |
| Court-543 | USAO_419256-Shipments with purchase order of SDRA |
| Court-544 | USAO_419254-Customers with name that has EPFL |
| Court-545 | 2013.04.26 L Roche Email FW_ Form EnquiryCustomer Service Support |
| Court-546 | Sadeghi email re laptop |
| Court-547 | USAO_405816-RE_ ADIS16475-2 sample request |
| Court-548 | USAO_409606-RE_ ADIS16475-2 sample request |
| Court-549 | USAO_405866-RE_ ADIS16475-2 sample request |
| Court-550 | USAO_412652-Re_ ADIS16475-2 sample request |
| Court-551 | USAO_412642-Re_ ADIS16475-2 sample request |
| Court-552 | USAO_405768-RE_ ADIS16475-2 sample request |
| Court-553 | USAO_405735-RE_ ADIS16475-2 sample request |
| Court-554 | USAO_409296-Eval System Proposals |
| Court-555 | USA0_409343-219 Design - Proposal - Inertial Sensor Evaluation System Phase 1 - V0 |
| Court-556 | USAO_409380-Evaluation_Project_Vendor Review |
| Court-557 | USAO_405117-RE_ Evaluation Project - Final Steps |
| Court-558 | RE_ADI Leica_Hexagon_Illumove Update next gen. IMUs (Raptor) ADIS16607 |
| Court-559 | USAO_415350-eReq email |
| Court-560 | USAO_412852-RE_ Illumove Applications Project_ eReq pre-alert |
| Court-561 | USAO_412865-Invoice7 |
| Court-562 | USAO_394127-RE_ Inertial Sensor Eval System |
| Court-563 | USAO_394359-RE_ Illumove Project Update |
| Court-564 | USAO_414274-License agreement |
| Court-566 | Persian-English_dictionary |
| Court-567 | LinkedIn Illumove |
| Court-569 | Illumove ADI Vendor Form |
| Court-570 | 412928-RE_ New SharePoint Site Request _ Export Compliance Classification Required |
| Court-572 | 11-5-2018 Sadeghi-Galchev texts re job |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| Court-573 | 10-15-2018 Sadeghi-Galchev texts re parts |
| Court-575 | Galchev GNSS INS slide |
| Court-576 | Sadeghi Japan Korea Presentation |
| Court-577 | 1-30-24 Thompson to Del Coro |
| Court-579 | ADIS16488A Datasheet |
| Court-581 | NovAtel GNS INSS Manual |
| Court-582 | ADI RS-232 Tech Article |
| Court-583 | RS-232 picture |
| Court-600 | Jury Instructions |