UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA     *
                            *
        v.                    *      Criminal No. 1:24-cr-10391-IT-1
                            *
MAHDI MOHAMMAD SADEGHI,     *
                            *
    Defendant.             *

## JURY VERDICT FORM

WE, THE JURY, FIND:

As to **Count One**: Conspiracy to violate the International Emergency Economic Powers Act and the Iranian Transactions and Sanctions Regulations, from in or about January 2016 through December 16, 2024, we find the defendant, Mahdi Sadeghi:

_____ Not Guilty           \_\_\_✓\_\_\_ Guilty

As to **Count Two**: Violation of International Emergency Economic Powers Act and the Iranian Transactions and Sanctions Regulations, on or about September 29, 2022, we find the defendant, Mahdi Sadeghi:

_____ Not Guilty           \_\_\_✓\_\_\_ Guilty

As to **Count Four**: Violation of International Emergency Economic Powers Act and the Iranian Transactions and Sanctions Regulations, on or about July 11, 2023, we find the defendant, Mahdi Sadeghi:

\_\_\_✓\_\_\_ Not Guilty           _____ Guilty

As to **Count Seven**: Violation of International Emergency Economic Powers Act and the Iranian Transactions and Sanctions Regulations, on or about March 15, 2024, we find the defendant, Mahdi Sadeghi:

\_\_\_✓\_\_\_ Not Guilty           _____ Guilty

As to <u>Count Eight</u>: Violation of International Emergency Economic Powers Act and the Iranian Transactions and Sanctions Regulations, on or about May 6, 2024, we find the defendant, Mahdi Sadeghi:

_____ Not Guilty          ✓_____ Guilty

I certify that the foregoing is the unanimous verdict of the jury.

*Lorene Thomas*
FOREPERSON
DATE: 7/13/26

2