# EXHIBIT A

# UNITED STATES V. MAHDI SADEGHI

Defense Closing
July 8, 2026

# MOUSER PARTS IN SADEGHI HOME

Ex. 525.1
Ex. 525.2







MOUSER ELECTRONICS

**Order Confirmation**

Purchase Order Number :**11360574**
Web Order Number :**11360574**
Contact Name :**MAHDI SADEGHI**
Order Date :**DEC 23, 2016**
Customer Number :**1-B0B24**

| Line Number | Mouser Part Number<br>Customer Part Number<br>Manufacturer Part Number<br>Description | Estimated Shipment Date(s) | Quantity | Unit Price (USD) | Extended Price (USD) |
|---|---|---|---|---|---|
| 11 | 595-LAUNCHXL-CC2650<br>LAUNCHXL-CC2650 | | 2 | 29 | 58 |

Ex. 20-1

# MOUSER PARTS IN TACIT MOTION SYSTEM

MOUSER ELECTRONICS

**Order Confirmation**
Purchase Order Number :**11360574**
Web Order Number :**11360574**
Contact Name :**MAHDI SADEGHI**
Order Date :**DEC 23, 2016**

**Bill To** SADEGHI, MAHDI
85 WOODLAND ST
NATICK, MASSACHUSETTS 01760
UNITED STATES

**Ship To** MAHDI SADEGHI
85 WOODLAND ST
NATICK, MASSACHUSETTS 01760
UNITED STATES

| Line Number | Mouser Part Number<br>Customer Part Number<br>Manufacturer Part Number<br>Description | Estimated Shipment Date(s) | Quantity | Unit Price (USD) | Extended Price (USD) |
|---|---|---|---|---|---|
| 4 | 511-STM32L442KCU6<br>MB U6, ST&INV U1<br>STM32L442KCU6 | 1 | 20 | 4.920 | 98.40 |
| 1 | 595-CC2640F128RHBR<br>MB U1<br>CC2640F128RHBR | 1 | 5 | 5.290 | 26.45 |

Ex. 18

# MOUSER PARTS IN TACIT MOTION SYSTEM

Tacit Motion Inc.

Gen. 2 - Wired Nodes, Wiresless Pod

- Wired/Wireless Sensors
  - 9-axis sensors
  - Shared Microprocessor (STML4)
  - Pod: Battery + Memory Pack
    - 512 MB, 50 hrs storage
    - Microprocessor (CC2640)
    - RF Module (BLE 4.2)



Ex. 50



**Hardware:**

Sensors (IMU),
Microprocessors,
BT Communication

# MOUSER PARTS IN TACIT MOTION SYSTEM

Galchev confirmed parts are the same

## CC2640 Microprocessor

Q. Okay. Now, I'm going to go back, here, to Exhibit 50, the sort of product description of the body motion tracking product.

First of all, do you see here, there's a reference

to a microprocessor, CC2640?

A. I do.

Q. Okay. I'm going to direct your attention now to page 2 of the -- which is the first page of the Mouser invoice in Exhibit 18. The part number here also begins with CC2640.

Do you see that?

A. I do.

## STM32 L4 Microprocessor

Q. Then, in addition, we have -- on the Mouser invoice, we have an item that begins STM, and then there's a 32, and then it goes to L4.

Do you see that?

A. Yes.

Q. Okay. And then on the -- Exhibit 50, the product

description, we have a microprocessor, STM L4.

Do you see that?

A. Yes.

Tr. 7/22-24 (Galchev)

# DIGIKEY PARTS WITH "CUST REF#: SDRA"

Digi-Key ELECTRONICS

www.digikey.com
Orders 1-800-344-4539
Fax 218-681-3380

Invoice # 56031275
U.S. $

701 Brooks Ave. South, Thief River Falls, MN 56701-0677 USA

Sold To:
MAHDI SADEGHI
1301 BEAL AVE EECS 2227
ANN ARBOR MI 48109-2122

CUSTOMER 8197888

| Terms | Invoice Date | Page |
|---|---|---|
| Visa | 23-DEC-2016 | 2 |

| Customer Purchase Order | Shipped Via |
|---|---|
| | U3D |

Easy to Remember:
1-800-DIGI-KEY

| Idx | Box | Ordered | Cancelled | Shipped | Item Number/Description | Back Order | Unit Price US $ | Amount US $ |
|---|---|---|---|---|---|---|---|---|
| 14 | 1 | 50 | 0 | 50 | 490-2628-1-ND<br>FIXED IND 27NH 350MA 460 MOHM<br>CUST REF #: SDRA<br>HTSUS: 8504.50.8000 ECCN: EAR99<br>LEAD: LEAD FREE ROHS: ROHS COMP REACH: REACH UNAFFECTED JUN-2016<br>COUNTRY/ORIGIN: JAPAN | | .04560 | 2.28 T |
| 15 | 1 | 2 | 0 | 2 | 598-1351-ND<br>IC OPAMP POWER 1MHZ 20PSOP<br>CUST REF #: SDRA<br>HTSUS: 8542.33.0000 ECCN: EAR99<br>LEAD: LEAD FREE ROHS: ROHS COMP<br>Mercury: Cert on File. For more information contact RoHS@DigiKey.com<br>COUNTRY/ORIGIN: SOUTH KOREA | | 39.00000 | 78.00 T |

Ex. 18

# IN 2016, ADI SENT PARTS TO ABEDINI IN SWITZERLAND (FOR "SDRA")*

| Order Nbr | Line Item | Material | Transaction Date | Invoice Nbr | Cust Request Date | Goods Issue Date | Order Entry Date | Order Line Date | PO Nbr | Delivery Route | Order Method | Currency Code | Ware-House | Unit Price | Waybill Nbr | Delivery Note | Buyers Name | Inco Terms1 | Inco Terms2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7883922 | 1 | ADXRS620BBGZ | 1/9/2016 | 76326773 | 1/7/2016 | 1/9/2016 | 1/7/2016 | 1/7/2016 | SDRA | PHCHTT | WEB | USD | WPH6 | 0 | 660197361626 | 17704854 | Mohammad Abedini | DDP | Lutry |
| 7883922 | 2 | ADXRS290BCEZ | 3/29/2016 | 76529805 | 1/7/2016 | 3/29/2016 | 1/7/2016 | 1/7/2016 | SDRA | PHCHTT | WEB | USD | WPH6 | 0 | 660197530015 | 17911455 | Mohammad Abedini | DDP | Lutry |
| 7883922 | 3 | ADXRS624BBGZ | 1/9/2016 | 76326773 | 1/7/2016 | 1/9/2016 | 1/7/2016 | 1/7/2016 | SDRA | PHCHTT | WEB | USD | WPH6 | 0 | 660197361626 | 17704854 | Mohammad Abedini | DDP | Lutry |
| 7883922 | 4 | ADXRS623BBGZ | 1/9/2016 | 76326773 | 1/7/2016 | 1/9/2016 | 1/7/2016 | 1/7/2016 | SDRA | PHCHTT | WEB | USD | WPH6 | 0 | 660197361626 | 17704854 | Mohammad Abedini | DDP | Lutry |
| 8016589 | 1 | ADXRS620WBBGZA | 3/14/2016 | 76498354 | 3/12/2016 | 3/14/2016 | 3/12/2016 | 3/12/2016 | SDRA | PHCHTT | WEB | USD | SPH6 | 0 | 660197499850 | 17874203 | Mohammad Abedini | DDP | Lutry |
| 8016589 | 2 | AD7768BSTZ | 3/14/2016 | 76498354 | 3/12/2016 | 3/14/2016 | 3/12/2016 | 3/12/2016 | SDRA | PHCHTT | WEB | USD | WPH7 | 0 | 660197499850 | 17874203 | Mohammad Abedini | DDP | Lutry |
| 8016589 | 3 | ADR444ARMZ | 3/14/2016 | 76498354 | 3/12/2016 | 3/14/2016 | 3/12/2016 | 3/12/2016 | SDRA | PHCHTT | WEB | USD | SPH6 | 0 | 660197499850 | 17874203 | Mohammad Abedini | DDP | Lutry |
| 8016589 | 5 | AD7655ASTZ | 3/16/2016 | 76502071 | 3/15/2016 | 3/16/2016 | 3/12/2016 | 3/15/2016 | SDRA | SGCHTT | WEB | USD | SGP2 | 0 | 660197504095 | 17883129 | Mohammad Abedini | DDP | Lutry |
| 8045136 | 1 | ADXRS620WBBGZA | 3/29/2016 | 76532253 | 3/28/2016 | 3/29/2016 | 3/28/2016 | 3/28/2016 | SDRA | PHCHTT | WEB | USD | SPH6 | 0 | 660197530508 | 17911331 | Mohammad Abedini | DDP | Lutry |
| 8045136 | 2 | ADXRS622BBGZ | 3/29/2016 | 76532253 | 3/28/2016 | 3/29/2016 | 3/28/2016 | 3/28/2016 | SDRA | PHCHTT | WEB | USD | SAP6 | 0 | 660197530508 | 17911331 | Mohammad Abedini | DDP | Lutry |
| 8045136 | 3 | ADUCM360BCPZ128 | 3/29/2016 | 76529806 | 3/28/2016 | 3/29/2016 | 3/28/2016 | 3/28/2016 | SDRA | SHCHTT | WEB | USD | WSH2 | 0 | 414485470417 | 17913561 | Mohammad Abedini | DDP | Lutry |
| 8045136 | 4 | AD5686RBRUZ | 3/29/2016 | 76532253 | 3/28/2016 | 3/29/2016 | 3/28/2016 | 3/28/2016 | SDRA | PHCHTT | WEB | USD | WPH7 | 0 | 660197530508 | 17911331 | Mohammad Abedini | DDP | Lutry |
| 8073042 | 1 | AD7609BSTZ | 4/13/2016 | 76577053 | 4/12/2016 | 4/13/2016 | 4/12/2016 | 4/12/2016 | SDRA | PHCHTT | WEB | USD | WPH7 | 0 | 660197568100 | 17957432 | Mohammad Abedini | DDP | Lutry |
| 8073042 | 2 | ADXRS620BBGZ | 4/13/2016 | 76577053 | 4/12/2016 | 4/13/2016 | 4/12/2016 | 4/12/2016 | SDRA | PHCHTT | WEB | USD | WPH6 | 0 | 660197568100 | 17957432 | Mohammad Abedini | DDP | Lutry |
| 8073042 | 3 | ADXRS620WBBGZA | 4/13/2016 | 76577053 | 4/12/2016 | 4/13/2016 | 4/12/2016 | 4/12/2016 | SDRA | PHCHTT | WEB | USD | SPH6 | 0 | 660197568100 | 17957432 | Mohammad Abedini | DDP | Lutry |
| 8073042 | 4 | AD7656BSTZ | 4/13/2016 | 76577053 | 4/12/2016 | 4/13/2016 | 4/12/2016 | 4/12/2016 | SDRA | PHCHTT | WEB | USD | WPH7 | 0 | 660197568100 | 17957432 | Mohammad Abedini | DDP | Lutry |
| 8105304 | 1 | AD7609BSTZ | 4/28/2016 | 76621551 | 4/27/2016 | 4/28/2016 | 4/27/2016 | 4/27/2016 | SDRA | PHCHTT | WEB | USD | WPH7 | 0 | 673321670376 | 18000959 | Mohammad Abedini | DDP | Lutry |
| 8105304 | 2 | ADXRS620WBBGZA | 4/28/2016 | 76621551 | 4/27/2016 | 4/28/2016 | 4/27/2016 | 4/27/2016 | SDRA | PHCHTT | WEB | USD | SPH6 | 0 | 673321670376 | 18000959 | Mohammad Abedini | DDP | Lutry |
| 8105304 | 3 | AD5790BCPZ | 4/28/2016 | 76621551 | 4/27/2016 | 4/28/2016 | 4/27/2016 | 4/27/2016 | SDRA | PHCHTT | WEB | USD | WPH7 | 0 | 673321670376 | 18000959 | Mohammad Abedini | DDP | Lutry |
| 8105304 | 4 | AD5372BSTZ | 4/28/2016 | 76621551 | 4/27/2016 | 4/28/2016 | 4/27/2016 | 4/27/2016 | SDRA | PHCHTT | WEB | USD | WPH7 | 0 | 673321670376 | 18000959 | Mohammad Abedini | DDP | Lutry |
| 8132930 | 1 | AD5370BCPZ | 5/13/2016 | 76662049 | 5/12/2016 | 5/13/2016 | 5/12/2016 | 5/12/2016 | SDRA | PHCHTT | WEB | USD | WPH7 | 0 | 462801281783 | 18041931 | Mohammad Abedini | DDP | Lutry |
| 8132930 | 2 | AD7768BSTZ | 5/13/2016 | 76662049 | 5/12/2016 | 5/13/2016 | 5/12/2016 | 5/12/2016 | SDRA | PHCHTT | WEB | USD | WPH7 | 0 | 462801281783 | 18041931 | Mohammad Abedini | DDP | Lutry |
| 8132930 | 3 | AD7176-2BRUZ | 5/13/2016 | 76662049 | 5/12/2016 | 5/13/2016 | 5/12/2016 | 5/12/2016 | SDRA | PHCHTT | WEB | USD | WPH7 | 0 | 462801281783 | 18041931 | Mohammad Abedini | DDP | Lutry |
| 8132930 | 4 | ADXRS290BCEZ | 5/19/2016 | 76673322 | 5/12/2016 | 5/19/2016 | 5/12/2016 | 5/12/2016 | SDRA | PHCHTT | WEB | USD | WPH6 | 0 | 462801292725 | 18056380 | Mohammad Abedini | DDP | Lutry |

| Order Nbr | Line Item | Payment Type | Quan-Tity | US Value | Purchasing Customer | Purchasing Name | Purchasing Address | Purchasing City | Purchasing Country | Shipto Customer | Shipto Name | Shipto Address | Shipto City | Shipto Country |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7883922 | 1 | CC | 2 | 0 | 8530064 | SDRA . | Rte de Taillepied, 36 | Lutry | CH | 8530064 | SDRA . | Rte de Taillepied, 36 | Lutry | CH |
| 7883922 | 2 | CC | 2 | 0 | 8530064 | SDRA . | Rte de Taillepied, 36 | Lutry | CH | 8530064 | SDRA . | Rte de Taillepied, 36 | Lutry | CH |
| 7883922 | 3 | CC | 2 | 0 | 8530064 | SDRA . | Rte de Taillepied, 36 | Lutry | CH | 8530064 | SDRA . | Rte de Taillepied, 36 | Lutry | CH |
| 7883922 | 4 | CC | 2 | 0 | 8530064 | SDRA . | Rte de Taillepied, 36 | Lutry | CH | 8530064 | SDRA . | Rte de Taillepied, 36 | Lutry | CH |
| 8016589 | 1 | CC | 2 | 0 | 8530064 | SDRA . | Rte de Taillepied, 36 | Lutry | CH | 8530064 | SDRA . | Rte de Taillepied, 36 | Lutry | CH |
| 8016589 | 2 | CC | 2 | 0 | 8530064 | SDRA . | Rte de Taillepied, 36 | Lutry | CH | 8530064 | SDRA . | Rte de Taillepied, 36 | Lutry | CH |
| 8016589 | 3 | CC | 2 | 0 | 8530064 | SDRA . | Rte de Taillepied, 36 | Lutry | CH | 8530064 | SDRA . | Rte de Taillepied, 36 | Lutry | CH |
| 8016589 | 5 | CC | 2 | 0 | 8530064 | SDRA . | Rte de Taillepied, 36 | Lutry | CH | 8530064 | SDRA . | Rte de Taillepied, 36 | Lutry | CH |
| 8045136 | 1 | CC | 2 | 0 | 8530064 | SDRA . | Rte de Taillepied, 36 | Lutry | CH | 8533433 | SDRA . | Rte de Taillepied, 36 | Lutry | CH |
| 8045136 | 2 | CC | 2 | 0 | 8530064 | SDRA . | Rte de Taillepied, 36 | Lutry | CH | 8533433 | SDRA . | Rte de Taillepied, 36 | Lutry | CH |
| 8045136 | 3 | CC | 2 | 0 | 8530064 | SDRA . | Rte de Taillepied, 36 | Lutry | CH | 8533433 | SDRA . | Rte de Taillepied, 36 | Lutry | CH |
| 8045136 | 4 | CC | 2 | 0 | 8530064 | SDRA . | Rte de Taillepied, 36 | Lutry | CH | 8533433 | SDRA . | Rte de Taillepied, 36 | Lutry | CH |
| 8073042 | 1 | CC | 2 | 0 | 8530064 | SDRA . | Rte de Taillepied, 36 | Lutry | CH | 8534161 | SDRA . | Rte de Taillepied, 36 | Lutry | CH |
| 8073042 | 2 | CC | 2 | 0 | 8530064 | SDRA . | Rte de Taillepied, 36 | Lutry | CH | 8534161 | SDRA . | Rte de Taillepied, 36 | Lutry | CH |
| 8073042 | 3 | CC | 2 | 0 | 8530064 | SDRA . | Rte de Taillepied, 36 | Lutry | CH | 8534161 | SDRA . | Rte de Taillepied, 36 | Lutry | CH |
| 8073042 | 4 | CC | 2 | 0 | 8530064 | SDRA . | Rte de Taillepied, 36 | Lutry | CH | 8534161 | SDRA . | Rte de Taillepied, 36 | Lutry | CH |
| 8105304 | 1 | CC | 2 | 0 | 8530064 | SDRA . | Rte de Taillepied, 36 | Lutry | CH | 8534161 | SDRA . | Rte de Taillepied, 36 | Lutry | CH |
| 8105304 | 2 | CC | 2 | 0 | 8530064 | SDRA . | Rte de Taillepied, 36 | Lutry | CH | 8534161 | SDRA . | Rte de Taillepied, 36 | Lutry | CH |
| 8105304 | 3 | CC | 2 | 0 | 8530064 | SDRA . | Rte de Taillepied, 36 | Lutry | CH | 8534161 | SDRA . | Rte de Taillepied, 36 | Lutry | CH |
| 8105304 | 4 | CC | 2 | 0 | 8530064 | SDRA . | Rte de Taillepied, 36 | Lutry | CH | 8534161 | SDRA . | Rte de Taillepied, 36 | Lutry | CH |
| 8132930 | 1 | CC | 2 | 0 | 8530064 | SDRA . | Rte de Taillepied, 36 | Lutry | CH | 8534161 | SDRA . | Rte de Taillepied, 36 | Lutry | CH |
| 8132930 | 2 | CC | 2 | 0 | 8530064 | SDRA . | Rte de Taillepied, 36 | Lutry | CH | 8534161 | SDRA . | Rte de Taillepied, 36 | Lutry | CH |
| 8132930 | 3 | CC | 2 | 0 | 8530064 | SDRA . | Rte de Taillepied, 36 | Lutry | CH | 8534161 | SDRA . | Rte de Taillepied, 36 | Lutry | CH |
| 8132930 | 4 | CC | 2 | 0 | 8530064 | SDRA . | Rte de Taillepied, 36 | Lutry | CH | 8534161 | SDRA . | Rte de Taillepied, 36 | Lutry | CH |

Ex. 543

*These shipments do not appear on Ex. 190.

# SADEGHI INTRODUCED ILLUMOVE

| | |
|---|---|
| **From:** | Sadeghi, Mahdi[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=936C7EAE22C845539F461B1872F088E5-SADEGHI, MA] |
| **Sent:** | Tue 8/27/2019 8:23:25 PM (UTC) |
| **To:** | Galchev, Tzeno[Tzeno.Galchev@analog.com] |
| **Bcc:** | m.abedini@illumove.com[m.abedini@illumove.com] |
| **Subject:** | Potential Eval kit subcon |

Hi Tzeno,
Here is the contact person of the company I was talking about:

Mohammad Abedini
m.abedini@illumove.com

They have recently started a company is Lausanne, Switzerland. Mohammad is their CTO and has a 50% appointment with EPFL. I have worked with him and the team closely at Tacit Motion and based on my experience they are very competent in HW, FW and SW development. Probably for the analog parts design, they need the same handholding as the other guys needed, but the nice thing is that it will be a one stop shop.

You can take it from here.

Best,
-Mahdi

Ex. 57

# GALCHEV SOLICITED THE PROPOSAL AND SIGNED THE NONDISCLOSURE AGREEMENT

**From:** Galchev, Tzeno [Tzeno.Galchev@analog.com]
**Sent:** 8/30/2019 7:10:32 PM
**To:** m.abedini@illumove.com
**CC:** Sadeghi, Mahdi [mahdi.sadeghi@analog.com]
**Subject:** Development partner
**Attachments:** ILL-MAI-10716-Mutual Confidentiality Agreement January 2017.doc

Hi Mohammad,

I am writing because my colleague Mahdi Sadeghi forwarded me your contact information. I am looking for a development partner to help us in a new project. The goal of the project is to develop (hardware & software) evaluation tool for our entire product line of inertial sensors. If this project is of interest please let me know? We would need to set up and NDA just in case and then we can discuss the project in more detail.

Best regards,

Tzeno

**Tzeno Galchev**
Product Marketing Manage
MEMS Technology Group

Office (781) 937-2754
Web analog.com

Ex. 61

ANALOG DEVICES

**MUTUAL NONDISCLOSURE AGREEMENT**

This Agreement is dated as of 08/30/2019 (the "Effective Date"), by and between Analog Devices, Inc., a Massachusetts corporation (including its Affiliates, "ADI"), with offices at One Technology Way, Norwood, MA 02062, U.S.A., and Illumove with offices at Chemin du Bois-de-Vaux 11, , Lausanne, , 1007, Switzerland (including its Affiliates, "Participant"). Participant and ADI are

its Representatives, and agrees, at its sole expense, to take reasonable measures to restrain its Representatives from unauthorized disclosure or use of the Proprietary Information. Recipient shall use the Proprietary Information only for the Purpose, except upon receipt of prior written consent of the Disclosing Party. Neither Party shall disassemble, dismantle,

EXECUTED as a sealed instrument as of the day and year first set forth above.

| ANALOG DEVICES, INC. | PARTICIPANT |
| --- | --- |
| By: ______ | By: 02-Sep-2019______ |
| Name: Tzeno Galchev | Name: Mohammad Abedini Najafabadi____ |
| Title: Product Marketing Manager | Title: CTO of Illumove______ |

Ex. 64

# SADEGHI WAS OFTEN HELPFUL AND NEVER DID "ANYTHING UNETHICAL"

From: 989131080571@s.whatsapp.net Mohammad Abedini

[Greeting], I'm guessing that he has told you the price but made you promise not to tell, and you also don't want to do anything unethical. Is my guess correct?

**Priority:** Normal
**Status:** Read
**Platform:** Mobile

11/23/2019 6:55:27 PM(UTC+0)

Ex. 206-1 at 95-97

(owner)
To: 989131080571@s.whatsapp.net Mohammad Abedini

[I swear], no.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 989131080571@s.whatsapp.net Mohammad Abedini | 11/23/2019 7:11:45 PM(UTC+0) | 11/23/2019 7:11:56 PM(UTC+0) | |

**Status:** Read
**Platform:** Mobile

11/23/2019 7:11:43 PM(UTC+0)

(owner)
To: 989131080571@s.whatsapp.net Mohammad Abedini

He hasn't told me.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 989131080571@s.whatsapp.net Mohammad Abedini | 11/23/2019 7:11:49 PM(UTC+0) | 11/23/2019 7:11:56 PM(UTC+0) | |

**Status:** Read
**Platform:** Mobile

11/23/2019 7:11:48 PM(UTC+0)

(owner)
To: 989131080571@s.whatsapp.net Mohammad Abedini

If I knew, I would tell you that I know but I can't tell you.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 989131080571@s.whatsapp.net Mohammad Abedini | 11/23/2019 7:12:44 PM(UTC+0) | 11/23/2019 7:12:44 PM(UTC+0) | |

**Status:** Read
**Platform:** Mobile

11/23/2019 7:12:44 PM(UTC+0)

# DEL CORRO AND WANG REVIEWED THE PROPOSALS AND SCORED THE CANDIDATES




## Scoreboard

| Company | HW Design Expertise | FW Expertise | Proposal and Offering | SW Expertise | Familiarity with ADI portfolio | Cost | Independence | Total |
|---|---|---|---|---|---|---|---|---|
| 219 Design | 4 | 4 | 3 | 3.5 | 3 | 2.5 | 3 | **23** |
| Accedia | NA | NA | 4 | 4.5 | NA | 3 | 4.5 | **16** |
| Illumove | 5 | 5 | 5 | 3.5 | 5 | 4.5 | 5 | **33** |
| Klika-Tech | 5 | 5 | 4 | 4.5 | 3 | 4 | 5 | **30.5** |
| MikroSystemi | 4.5 | 3.5 | 4 | NA | 4 | 4 | 3.5 | **23.5** |

- 219 Design was voted out unanimously, they don't seem to have a grasp of scope of work and their rate is the highest.
- Separation of UI and API is strongly preffered in order to adopt new UI in the future.
- IP discussion with Illumove, basically they give an unlimited license to ADI.
- It is preferred to work with only one vendor and avoid interfacing between SW and HW team.
- We need to advance as soon as possible before the budget cuts start.

4 // 17 February 2025 Analog Devices Confidential Information. ©2019 Analog Devices, Inc. All rights reserved.

Ex. 556

# LOONEY REVIEWED ALL THE MATERIALS

**From:** Sadeghi, Mahdi [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=936C7EAE22C845539F461B1872F088E5-SADEGHI, MA]
**Sent:** 2/25/2021 11:51:08 AM
**To:** Looney, Mark [Mark.Looney@analog.com]
**Subject:** Eval System Proposals
**Attachments:** KlikaTech_Analog_Devices_Proposal_11192019.pdf; MikroSystemi_ADI_ProductEvaluation-Time_MW_Estimate_20190919.xlsx; Proposal_illumove.pdf; 219 Design - Proposal - Inertial Sensor Evaluation System Phase 1 - V0.pdf; Accedia Proposal Analog Devices - New Test Kit.pdf; KlikaTech_Analog_Devices_Estimates_11192019.xlsx; Evaluation_Project_Vendor Review.pptx

Attached.

Ex. 554

219 DESIGN
REAL ENGINEERING. REAL RESULTS.

accedia

KLIKA·TECH
GLOBAL IOT SOLUTIONS

MikroSystems

Illumove SA
Bâtiment C
EPFL innovation park
1015 Lausanne

Ex. 555

# LOONEY MADE THE FINAL DECISION FOR ADI

Q. And based on your review of this information that Mr. Sadeghi provided, you concluded, in your own opinion, that Illumove was the best vendor for this project?

A. I did.

Q. Okay. And you ultimately made that final decision for the company?

A. Yes.

Tr. 4/111 (Looney)

# SADEGHI DID *NOT* INFLUENCE ADI'S DECISION

**From:** Looney, Mark [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7CCFCAF9F2324282B6B8898C2AE7B10E-LOONEY, MAR]
**Sent:** 7/2/2021 9:57:58 AM
**To:** Scannell, Bob [Bob.Scannell@analog.com]
**Subject:** RE: ADI / Leica/Hexagon/Illumove : Update next gen. IMUs (Raptor) ADIS16607

Hi Bob,

Just some observations. I am happy to talk through these, as I didn't spend a lot of time organizing these points of observation.

1. I have just started my relationship with Illumove, but so far, I am pretty impressed.
2. Of the 5 companies that we submitted bids for, for the new evaluation platform, they stood out and are likely to win this contract, with work starting by the end of July.

(By the way, didn't manage that bid process, I am just helping Ian Beavers resurrect the final award/execution)

3. As part of this process, I am hoping to build stronger familiarity with their capability and hope that we might be able to grow this into a possible third-party partner.
4. Mahdi has a relationship with the founder, but in my view, Mahdi has gone out of his way to disclose that relationship and to avoid giving them unmerited favor in this process.

Ex. 558

# BEAVERS, LOONEY, AND ADI EXECUTIVES ALL APPROVED THE PROJECT WITH ILLUMOVE

**Approvers**

| Approver Type | Approver Name | Action Taken |
|---|---|---|
| Originator | Ian Beavers | Created on Jul 30, 2021 |
| Regular | Mark Looney | Approved on Aug 18, 2021 |
| Additional (System Generated) | Stephen Warde | Approved on Sep 07, 2021 |
| Regular | Benjamin Annino | Approved on Sep 07, 2021 |
| Regular | Yasmine King | Approved on Sep 07, 2021 |

Ex. 560

**From:** Annino, Benjamin <Benjamin.Annino@analog.com>
**Sent:** Sunday, June 13, 2021 7:15 AM
**To:** Sadeghi, Mahdi <mahdi.sadeghi@analog.com>; Looney, Mark <Mark.Looney@analog.com>
**Cc:** Gibson, Debbie <Debbie.Gibson@analog.com>
**Subject:** RE: Evaluation Project - Final Steps

Green light from my standpoint.

**From:** Gibson, Debbie <Debbie.Gibson@analog.com>
**Sent:** Thursday, June 17, 2021 2:15 PM
**To:** Looney, Mark <Mark.Looney@analog.com>; Annino, Benjamin <Benjamin.Annino@analog.com>
**Cc:** Sadeghi, Mahdi <mahdi.sadeghi@analog.com>; Beavers, Ian <Ian.Beavers@analog.com>
**Subject:** RE: Evaluation Project - Final Steps

I would like to get this moving ASAP. Due to budget situation, the goal is to spend $$ this quarter. This means we need to engage immediately. Ian, are you taking the lead in getting back to Illumove for an updated quote response? As Mahdi mentioned earlier, we need to let Illumove know we do intend to engage so we can secure resourcing.

Ex. 557

# SADEGHI DID *NOT* APPROVE THE PROJECT OR SIGN THE CONTRACTS FOR ADI

A. Yes.
Q. Okay. Mahdi Sadeghi is not listed as an approver of this contract; is that right?
A. That's correct.
Q. And, in fact, his approval wasn't required for this contract to go in effect on behalf of ADI?
A. To my understanding, his approval was not required.

Tr. 4/134-35 (Looney)

# BEAVERS SIGNED THE SCOPE OF WORK AND CONTRACTS

**Analog Devices, Inc.**
**Statement of Work**

This Statement of Work is subject to the following master Agreement:
Date of MPSA/CSA: 11/1/2021
Service Provider Name: Illumove SA
Analog Contact: Ian Beavers
Service Provider Contact: Mohammad Abedini

| Analog Devices, Inc. | Illumove SA |
|---|---|
| By: ____________ | By: ____________ |
| Name: Ian Beavers____________ | Name: Mohammad Abedini____________ |
| Title: Applications Engineer____________ | Title: CEO____________ |
| Date: October 7th, 2021____________ | Date: 07.10.2021____________ |

Ex. 96

ANALOG DEVICES

**MUTUAL NONDISCLOSURE AGREEMENT**

This Agreement is dated as of 07/12/2021 (the "Effective Date"), by and between Analog Devices, Inc., a Massachusetts corporation (including its Affiliates, "ADI"), with offices at One Analog Way, Wilmington, MA 01887, U.S.A., and Illumove SA with offices at Bâtiment C Bâtiment EPFL Innovation Park, , Lausanne, VAUD, 1015, Switzerland (including its Affiliates, "Participant"). Participant and ADI are collectively referred to as "Party" or

Recipient shall be responsible for any breach of this Agreement by its Representatives, and agrees, at its sole expense, to take reasonable measures to restrain its Representatives from unauthorized disclosure or use of the Proprietary Information. Recipient shall use the Proprietary Information only for the Purpose, except upon receipt of prior written consent of the Disclosing Party. Neither Party shall disassemble, dismantle,

EXECUTED as a sealed instrument as of the day and year first set forth above.

| ANALOG DEVICES, INC. | PARTICIPANT |
|---|---|
| By: ____________ | By: ____________ |
| Name: Mohammad Abedini____________ | Name: _Ian Beavers____________ |
| Title: CEO of Illumove SA____________ | Title: ___Applications Engineer_______ |

Ex. 514

ANALOG DEVICES

**Consulting Services Agreement**

Analog Devices, Inc. ("Analog"), with a principal place of business at One Analog Way, Wilmington, MA 01887 and Illumove SA, with an address at Bâtiment C Bâtiment EPFL Innovation Park, , Lausanne, VAUD, 1015 Switzerland (the "Consultant") enter into this Consulting Services Agreement (the "Agreement") as of the date of last signature below (the "Effective Date"). This Agreement sets forth the general terms and conditions under which Analog may, from time to time, engage Consultant to perform various services for Analog.

EXECUTED as a sealed instrument as of the day and year first set forth above.

| ANALOG DEVICES, INC. | PARTICIPANT |
|---|---|
| By: ____________ | By: ____________ |
| Name: Mohammad Abedini____________ | Name: _Ian Beavers____________ |
| Title: CEO of Illumove SA____________ | Title: ___Applications Engineer_______ |

Ex. 513

# ILLUMOVE DID NOT HIDE THAT ABEDINI WAS ORIGINALLY *FROM IRAN*




Ex. 567

# ADI ALREADY KNEW THAT ABEDINI WAS ORIGINALLY *FROM IRAN*

From: mabedinyna@yahoo.com [mailto:mabedinyna@yahoo.com]
Sent: Friday, April 26, 2013 6:58 AMTo: CustomerService, Buyonline
Subject: Form EnquiryCustomer Service Support

Information submitted by the customer using Customer Service Support form :

Email: mabedinyna@yahoo.com

First Name: Mohammad

Last Name: Abedini

Organization Name: Sharif University

Telephone: +989131080571

Country: US

What type of support do you need? Quote Requests

Please write your questions or comments here: To whom it may concern Hi I am from IRAN but your company list does not have IRAN. I want to know that can I buy some parts from your company or have even samples of some of your sensors?
I am a PhD Student in Sharif University of Technology in Tehran and I need some of the sensors for my PhD Thesis with a subject of robotics and mechatronics.

Ex. 224

# IN 2016, ADI SENT PARTS TO ABEDINI IN SWITZERLAND (FOR "SDRA")*

| Order Nbr | Line Item | Material | Transaction Date | Invoice Nbr | Cust Request Date | Goods Issue Date | Order Entry Date | Order Line Date | PO Nbr | Delivery Route | Order Method | Currency Code | Ware-House | Unit Price | Waybill Nbr | Delivery Note | Buyers Name | Inco Terms1 | Inco Terms2 | Payment Type | Quan-Tity | US Value | Purchasing Customer | Purchasing Name | Purchasing Address | Purchasing City | Purchasing Country | Shipto Customer | Shipto Name | Shipto Address | Shipto City | Shipto Country |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7883922 | 1 | ADXRS620BBGZ | 1/9/2016 | 76326773 | 1/7/2016 | 1/9/2016 | 1/7/2016 | 1/7/2016 | SDRA | PHCHTT | WEB | USD | WPH6 | 0 | 660197361626 | 17704854 | Mohammad Abedini | DDP | Lutry | CC | 2 | 0 | 8530064 | SDRA. | Rte de Taillepied, 36 | Lutry | CH | 8530064 | SDRA. | Rte de Taillepied, 36 | Lutry | CH |
| 7883922 | 2 | ADXRS290BCEZ | 3/29/2016 | 76529805 | 1/7/2016 | 3/29/2016 | 1/7/2016 | 1/7/2016 | SDRA | PHCHTT | WEB | USD | WPH6 | 0 | 660197530015 | 17911455 | Mohammad Abedini | DDP | Lutry | CC | 2 | 0 | 8530064 | SDRA. | Rte de Taillepied, 36 | Lutry | CH | 8530064 | SDRA. | Rte de Taillepied, 36 | Lutry | CH |
| 7883922 | 3 | ADXRS624BBGZ | 1/9/2016 | 76326773 | 1/7/2016 | 1/9/2016 | 1/7/2016 | 1/7/2016 | SDRA | PHCHTT | WEB | USD | WPH6 | 0 | 660197361626 | 17704854 | Mohammad Abedini | DDP | Lutry | CC | 2 | 0 | 8530064 | SDRA. | Rte de Taillepied, 36 | Lutry | CH | 8530064 | SDRA. | Rte de Taillepied, 36 | Lutry | CH |
| 7883922 | 4 | ADXRS623BBGZ | 1/9/2016 | 76326773 | 1/7/2016 | 1/9/2016 | 1/7/2016 | 1/7/2016 | SDRA | PHCHTT | WEB | USD | WPH6 | 0 | 660197361626 | 17704854 | Mohammad Abedini | DDP | Lutry | CC | 2 | 0 | 8530064 | SDRA. | Rte de Taillepied, 36 | Lutry | CH | 8530064 | SDRA. | Rte de Taillepied, 36 | Lutry | CH |
| 8016589 | 1 | ADXRS620WBBGZA | 3/14/2016 | 76498354 | 3/12/2016 | 3/14/2016 | 3/12/2016 | 3/12/2016 | SDRA | PHCHTT | WEB | USD | SPH6 | 0 | 660197499850 | 17874203 | Mohammad Abedini | DDP | Lutry | CC | 2 | 0 | 8530064 | SDRA. | Rte de Taillepied, 36 | Lutry | CH | 8530064 | SDRA. | Rte de Taillepied, 36 | Lutry | CH |
| 8016589 | 2 | AD7768BSTZ | 3/14/2016 | 76498354 | 3/12/2016 | 3/14/2016 | 3/12/2016 | 3/12/2016 | SDRA | PHCHTT | WEB | USD | WPH7 | 0 | 660197499850 | 17874203 | Mohammad Abedini | DDP | Lutry | CC | 2 | 0 | 8530064 | SDRA. | Rte de Taillepied, 36 | Lutry | CH | 8530064 | SDRA. | Rte de Taillepied, 36 | Lutry | CH |
| 8016589 | 3 | ADR444ARMZ | 3/14/2016 | 76498354 | 3/12/2016 | 3/14/2016 | 3/12/2016 | 3/12/2016 | SDRA | PHCHTT | WEB | USD | SPH6 | 0 | 660197499850 | 17874203 | Mohammad Abedini | DDP | Lutry | CC | 2 | 0 | 8530064 | SDRA. | Rte de Taillepied, 36 | Lutry | CH | 8530064 | SDRA. | Rte de Taillepied, 36 | Lutry | CH |
| 8016589 | 5 | AD7655ASTZ | 3/16/2016 | 76502071 | 3/15/2016 | 3/16/2016 | 3/12/2016 | 3/15/2016 | SDRA | SGCHTT | WEB | USD | SGP2 | 0 | 660197504095 | 17883129 | Mohammad Abedini | DDP | Lutry | CC | 2 | 0 | 8530064 | SDRA. | Rte de Taillepied, 36 | Lutry | CH | 8530064 | SDRA. | Rte de Taillepied, 36 | Lutry | CH |
| 8045136 | 1 | ADXRS620WBBGZA | 3/29/2016 | 76532253 | 3/28/2016 | 3/29/2016 | 3/28/2016 | 3/28/2016 | SDRA | PHCHTT | WEB | USD | SPH6 | 0 | 660197530508 | 17911331 | Mohammad Abedini | DDP | Lutry | CC | 2 | 0 | 8530064 | SDRA. | Rte de Taillepied, 36 | Lutry | CH | 8533433 | SDRA. | Rte de Taillepied, 36 | Lutry | CH |
| 8045136 | 2 | ADXRS622BBGZ | 3/29/2016 | 76532253 | 3/28/2016 | 3/29/2016 | 3/28/2016 | 3/28/2016 | SDRA | PHCHTT | WEB | USD | SAP6 | 0 | 660197530508 | 17911331 | Mohammad Abedini | DDP | Lutry | CC | 2 | 0 | 8530064 | SDRA. | Rte de Taillepied, 36 | Lutry | CH | 8533433 | SDRA. | Rte de Taillepied, 36 | Lutry | CH |
| 8045136 | 3 | ADUCM360BCPZ128 | 3/29/2016 | 76529806 | 3/28/2016 | 3/29/2016 | 3/28/2016 | 3/28/2016 | SDRA | SHCHTT | WEB | USD | WSH2 | 0 | 414485470417 | 17913561 | Mohammad Abedini | DDP | Lutry | CC | 2 | 0 | 8530064 | SDRA. | Rte de Taillepied, 36 | Lutry | CH | 8533433 | SDRA. | Rte de Taillepied, 36 | Lutry | CH |
| 8045136 | 4 | AD5686RBRUZ | 3/29/2016 | 76532253 | 3/28/2016 | 3/29/2016 | 3/28/2016 | 3/28/2016 | SDRA | PHCHTT | WEB | USD | WPH7 | 0 | 660197530508 | 17911331 | Mohammad Abedini | DDP | Lutry | CC | 2 | 0 | 8530064 | SDRA. | Rte de Taillepied, 36 | Lutry | CH | 8533433 | SDRA. | Rte de Taillepied, 36 | Lutry | CH |
| 8073042 | 1 | AD7609BSTZ | 4/13/2016 | 76577053 | 4/12/2016 | 4/13/2016 | 4/12/2016 | 4/12/2016 | SDRA | PHCHTT | WEB | USD | WPH7 | 0 | 660197568100 | 17957432 | Mohammad Abedini | DDP | Lutry | CC | 2 | 0 | 8530064 | SDRA. | Rte de Taillepied, 36 | Lutry | CH | 8534161 | SDRA. | Rte de Taillepied, 36 | Lutry | CH |
| 8073042 | 2 | ADXRS620BBGZ | 4/13/2016 | 76577053 | 4/12/2016 | 4/13/2016 | 4/12/2016 | 4/12/2016 | SDRA | PHCHTT | WEB | USD | WPH6 | 0 | 660197568100 | 17957432 | Mohammad Abedini | DDP | Lutry | CC | 2 | 0 | 8530064 | SDRA. | Rte de Taillepied, 36 | Lutry | CH | 8534161 | SDRA. | Rte de Taillepied, 36 | Lutry | CH |
| 8073042 | 3 | ADXRS620WBBGZA | 4/13/2016 | 76577053 | 4/12/2016 | 4/13/2016 | 4/12/2016 | 4/12/2016 | SDRA | PHCHTT | WEB | USD | SPH6 | 0 | 660197568100 | 17957432 | Mohammad Abedini | DDP | Lutry | CC | 2 | 0 | 8530064 | SDRA. | Rte de Taillepied, 36 | Lutry | CH | 8534161 | SDRA. | Rte de Taillepied, 36 | Lutry | CH |
| 8073042 | 4 | AD7656BSTZ | 4/13/2016 | 76577053 | 4/12/2016 | 4/13/2016 | 4/12/2016 | 4/12/2016 | SDRA | PHCHTT | WEB | USD | WPH7 | 0 | 660197568100 | 17957432 | Mohammad Abedini | DDP | Lutry | CC | 2 | 0 | 8530064 | SDRA. | Rte de Taillepied, 36 | Lutry | CH | 8534161 | SDRA. | Rte de Taillepied, 36 | Lutry | CH |
| 8105304 | 1 | AD7609BSTZ | 4/28/2016 | 76621551 | 4/27/2016 | 4/28/2016 | 4/27/2016 | 4/27/2016 | SDRA | PHCHTT | WEB | USD | WPH7 | 0 | 673321670376 | 18000959 | Mohammad Abedini | DDP | Lutry | CC | 2 | 0 | 8530064 | SDRA. | Rte de Taillepied, 36 | Lutry | CH | 8534161 | SDRA. | Rte de Taillepied, 36 | Lutry | CH |
| 8105304 | 2 | ADXRS620WBBGZA | 4/28/2016 | 76621551 | 4/27/2016 | 4/28/2016 | 4/27/2016 | 4/27/2016 | SDRA | PHCHTT | WEB | USD | SPH6 | 0 | 673321670376 | 18000959 | Mohammad Abedini | DDP | Lutry | CC | 2 | 0 | 8530064 | SDRA. | Rte de Taillepied, 36 | Lutry | CH | 8534161 | SDRA. | Rte de Taillepied, 36 | Lutry | CH |
| 8105304 | 3 | AD5790BCPZ | 4/28/2016 | 76621551 | 4/27/2016 | 4/28/2016 | 4/27/2016 | 4/27/2016 | SDRA | PHCHTT | WEB | USD | WPH7 | 0 | 673321670376 | 18000959 | Mohammad Abedini | DDP | Lutry | CC | 2 | 0 | 8530064 | SDRA. | Rte de Taillepied, 36 | Lutry | CH | 8534161 | SDRA. | Rte de Taillepied, 36 | Lutry | CH |
| 8105304 | 4 | AD5372BSTZ | 4/28/2016 | 76621551 | 4/27/2016 | 4/28/2016 | 4/27/2016 | 4/27/2016 | SDRA | PHCHTT | WEB | USD | WPH7 | 0 | 673321670376 | 18000959 | Mohammad Abedini | DDP | Lutry | CC | 2 | 0 | 8530064 | SDRA. | Rte de Taillepied, 36 | Lutry | CH | 8534161 | SDRA. | Rte de Taillepied, 36 | Lutry | CH |
| 8132930 | 1 | AD5370BCPZ | 5/13/2016 | 76662049 | 5/12/2016 | 5/13/2016 | 5/12/2016 | 5/12/2016 | SDRA | PHCHTT | WEB | USD | WPH7 | 0 | 462801281783 | 18041931 | Mohammad Abedini | DDP | Lutry | CC | 2 | 0 | 8530064 | SDRA. | Rte de Taillepied, 36 | Lutry | CH | 8534161 | SDRA. | Rte de Taillepied, 36 | Lutry | CH |
| 8132930 | 2 | AD7768BSTZ | 5/13/2016 | 76662049 | 5/12/2016 | 5/13/2016 | 5/12/2016 | 5/12/2016 | SDRA | PHCHTT | WEB | USD | WPH7 | 0 | 462801281783 | 18041931 | Mohammad Abedini | DDP | Lutry | CC | 2 | 0 | 8530064 | SDRA. | Rte de Taillepied, 36 | Lutry | CH | 8534161 | SDRA. | Rte de Taillepied, 36 | Lutry | CH |
| 8132930 | 3 | AD7176-2BRUZ | 5/13/2016 | 76662049 | 5/12/2016 | 5/13/2016 | 5/12/2016 | 5/12/2016 | SDRA | PHCHTT | WEB | USD | WPH7 | 0 | 462801281783 | 18041931 | Mohammad Abedini | DDP | Lutry | CC | 2 | 0 | 8530064 | SDRA. | Rte de Taillepied, 36 | Lutry | CH | 8534161 | SDRA. | Rte de Taillepied, 36 | Lutry | CH |
| 8132930 | 4 | ADXRS290BCEZ | 5/19/2016 | 76673322 | 5/12/2016 | 5/19/2016 | 5/12/2016 | 5/12/2016 | SDRA | PHCHTT | WEB | USD | WPH6 | 0 | 462801292725 | 18056380 | Mohammad Abedini | DDP | Lutry | CC | 2 | 0 | 8530064 | SDRA. | Rte de Taillepied, 36 | Lutry | CH | 8534161 | SDRA. | Rte de Taillepied, 36 | Lutry | CH |

Ex. 543

**These shipments do not appear on Ex. 190.*

# IN 2020, ADI SENT SAMPLES TO ABEDINI IN SWITZERLAND (AT EPFL)*

**From:** Skaloud Jan <jan.skaloud@epfl.ch>
**Sent:** Thursday, March 12, 2020 2:00 PM
**To:** Sadeghi, Mahdi <mahdi.sadeghi@analog.com>
**Cc:** Abedini Mohammad <mohammad.abedini@epfl.ch>
**Subject:** ADIS16475-2 sample request

[External]

Dear Mahdi,

For the research at our lab (EPFL-TOPO) related to a construction of a “synthetic IMU” we are very much interested in employing ADIS16475-2 developed by your company.

Due to this reason we wonder if you could please provide us 4 pieces of ADIS16475-2 together with an evaluation kit? Your help in this matter will be very much appreciated. Thank you!

Ex. 547

**From:** Looney, Mark [Mark.Looney@analog.com]
**Sent:** 6/4/2020 1:05:01 PM
**To:** Skaloud Jan [jan.skaloud@epfl.ch]
**CC:** Abedini Mohammad [mohammad.abedini@epfl.ch]; Sadeghi, Mahdi [mahdi.sadeghi@analog.com]; SamplesEurope [SamplesEurope@analog.com]; Andrews, Debra [Debra.Andrews@analog.com]
**Subject:** RE: ADIS16475-2 sample request

Hello Jan,

I owe you and Mahdi a gigantic apology on this! We have certainly been busy, but that is no excuse for the time that I have let this slip. I am so sorry!

Sample team: Can we arrange for delivery of (1) ADIS16475-2/PCBZ and (4) ADIS16475-2BMLZ, to Jan Skaloud?

DEB: this approved, free of charge, in case you have to manage the flag.

Ex. 552

Shipments for customers with a name that has EPFL (clean) (3)

| | | | | |
|---|---|---|---|---|
| 647 | ATTN JAN SKALOUD | jan.skaloud@epfl.chs | ADIS16475-2/PCBZ | EPFL / M. LOONEY / CC: 7188 |
| 648 | EPFL STI BIOROB | Alessandro Crespi | LTC3215EDD#PBF | ZZZZ |
| 649 | ATTN JAN SKALOUD | jan.skaloud@epfl.chs | ADIS16475-2BMLZ | EPFL / M. LOONEY / CC: 7188 |

Ex. 544

*These shipments do not appear on Ex. 190.*

# IN 2021, ADI SENT SAMPLES TO SKALOUD AND ABEDINI FOR EFPL IN SWITZERLAND

**From:** Skaloud Jan <jan.skaloud@epfl.ch>
**Sent:** Thursday, March 12, 2020 2:00 PM
**To:** Sadeghi, Mahdi <mahdi.sadeghi@analog.com>
**Cc:** Abedini Mohammad <mohammad.abedini@epfl.ch>
**Subject:** ADIS16475-2 sample request

[External]

Dear Mahdi,

For the research at our lab (EPFL-TOPO) related to a construction of a "synthetic IMU" we are very much interested in employing ADIS16475-2 developed by your company.

Due to this reason we wonder if you could please provide us 4 pieces of ADIS16475-2 together with an evaluation kit? Your help in this matter will be very much appreciated. Thank you!

Ex. 547

**From:** Looney, Mark [Mark.Looney@analog.com]
**Sent:** 6/4/2020 1:05:01 PM
**To:** Skaloud Jan [jan.skaloud@epfl.ch]
**CC:** Abedini Mohammad [mohammad.abedini@epfl.ch]; Sadeghi, Mahdi [mahdi.sadeghi@analog.com]; SamplesEurope [SamplesEurope@analog.com]; Andrews, Debra [Debra.Andrews@analog.com]
**Subject:** RE: ADIS16475-2 sample request

Hello Jan,

I owe you and Mahdi a gigantic apology on this! We have certainly been busy, but that is no excuse for the time that I have let this slip. I am so sorry!

Sample team: Can we arrange for delivery of (1) ADIS16475-2/PCBZ and (4) ADIS16475-2BMLZ, to Jan Skaloud?

DEB: this approved, free of charge, in case you have to manage the flag.

Ex. 552

Shipments for customers with a name that has EPFL (clean) (3)

| | | | | | |
|---|---|---|---|---|---|
| 647 | ATTN JAN SKALOUD | jan.skaloud@epfl.chs | ADIS16475-2/PCBZ | EPFL / M. LOONEY / CC: 7188 | [illegible] |
| 648 | EPFL STI BIOROB | Alessandro Crespi | LTC3215EDD#PBF | ZZZZ | [illegible] |
| 649 | ATTN JAN SKALOUD | jan.skaloud@epfl.chs | ADIS16475-2BMLZ | EPFL / M. LOONEY / CC: 7188 | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

Ex. 544

# IN 2021, ADI SENT MORE SAMPLES TO ABEDINI IN SWITZERLAND (FOR ILLUMOVE)*

Dear Mohammad Abedini,

Greetings from Analog Devices.

We have received your request for free product samples and we are processing your request now.

Please make a note of your Order # 1003377229

---

| Date Ordered | Order # | Buyer Name | Ship Via |
|---|---|---|---|
| 17.06.2021 | 1003377229 | Mohammad Abedini | FEDEX INTL |
| PRIORITY | | | |

| ADI Model # | Qty Req. | Delivery Date* |
|---|---|---|
| ADXRS453BEYZ | 2 | 23.06.2021 |
| Shipping from: | | |
| ADXRS453BRGZ | 2 | 23.06.2021 |
| Shipping from: | | |
| ADXL357BEZ | 2 | 23.06.2021 |
| Shipping from: | | |
| ADXL356TEZ-EP | 2 | 23.06.2021 |

ATTN: Mohammad Abedini
illumove SA
Chemin du Bois-de-Vaux, 11
Lausanne, - CH-1007
Switzerland

We have shipped all or part of the samples requested. We ship samples as they become available to ensure that you receive products quickly.

You can check the status of your sample order and track this shipment by visiting http://www.analog.com/samplestatus

---

| Date Ordered | Order # | Buyer Name | Ship Via |
|---|---|---|---|
| 17.06.2021 | 1003377229 | Mohammad Abedini | FEDEX INTL PRIORIT |

| Model # From | Qty Ordered | Ship Date | Deliv. Date |
|---|---|---|---|
| ADXRS453BEYZ | 2 | 18.06.2021 | 24.06.2021 |
| ADXRS453BRGZ | 2 | 18.06.2021 | 24.06.2021 |
| ADXL357BEZ | 2 | 18.06.2021 | 24.06.2021 |
| ADXL356TEZ-EP | 2 | 18.06.2021 | 24.06.2021 |

These items are being provided to you free of charge.

---

*The delivery date represents the day that Analog Devices expects you to receive your sample order. If this does not meet your requirements, please contact ADI Customer Service.

Your order was shipped to:
ATTN: Mohammad Abedini
illumove SA
Chemin du Bois-de-Vaux, 11
Lausanne, - CH-1007

Exs. 539-540

*These shipments do not appear on Ex. 190.*

# BEAVERS AND DEL CORRO LED THE PROJECT FOR ADI

## Initial assignment of Beavers

Personnel Assigned:
Illumove will assign their own staff to the project.
ADI will assign Ian Beavers as the lead ADI project manager interface to Illumove. Mahdi Sadeghi and Mark Looney will be backup ADI support engineers.

Ex. 96

Q. Now, once the evaluation board project got started, so kind of going forward from October of '21, you were the primary interface with Illumove for ADI; is that right?
A. That's correct.
Q. And in that capacity, you talked with Mr. Abedini about every other week?
A. Yes. As -- on an as-needed basis as well.
Q. So sometimes it was even more frequent, right?
A. If it was needed, yes.
Q. And sometimes maybe a little less?
A. That's right.

Tr. 6/158 (Beavers)

## Later transition to Del Corro

On Thursday, April 21, 2022, 03:41:26 AM GMT+4:30, Del Corro, Pablo <pablo.delcorro@analog.com> wrote:

Hi Mohammed,

I am taking the lead on this project after Ian's departure and I was wondering if we can set a meeting to introduce to each other and have an overview of the project status?

Ex. 109

Q. Now, jumping ahead, after Ian Beavers left ADI in early 2022, you took over as the lead of the evaluation board project, right?
A. Yes.
Q. And that was a job that Mark Looney assigned to you?
A. Yes.
Q. And throughout the project in your role as lead, you continued to report up to Mark Looney?
A. Yes.
Q. Okay. And you never reported to Mr. Sadeghi in that capacity?
A. No.

Tr. 8/127-28 (Del Corro)

# BEAVERS AND DEL CORRO WORKED DIRECTLY WITH ABEDINI, NOT THROUGH SADEGHI

**Q.** Okay. But that regular interaction Teams meetings between you and Mr. Abedini, that took place over the course of about two years?

**A.** Yes.

**Q.** And, typically, Mr. Sadeghi would not take part in those regular update meetings about the progress of the evaluation board project?

**A.** Correct.

Tr. 8/129-30 (Del Corro)

**Q.** During these regular communications you'd have with Mr. Abedini, did other people from ADI participate in those calls?

**A.** Most of the time, it was with Mr. Abedini and me only, and there may have been other times where there was other people on the call. But most of the time, it was just with Mr. Abedini and me.

**Q.** But it wasn't typical that Mr. Sadeghi would participate in these regular update calls, was it?

**A.** That's correct.

Tr. 6/158-59 (Beavers)

# NO EVIDENCE PROVES CHARGED PARTS WERE EXPORTED TO IRAN

Count 2 (9/29/22) — Ex. 113

| Line Item | Quantity | Part Number | Description | Country of Origin | HTS | ECCN | License Auth | Unit Cost | Total Cost (US$) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 | ADXL382 | ADXL382 IC | United States | 9031808085 | EAR99 | NLR | $1 | $10 00 |

Count 4 (7/11/23) — Ex. 138

| Qty (units) | Part # | Description | COO | HTS Code | ECCN | License Auth | Net Weight (kg) | Cost Each (USD) | Total Cost (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 3 | ADIS16607-3LEZ | ADIS16607 IMU, 2000 dps | US | 8542390 001 | 7A994 | NLR | | $30.00 | $90.00 |

Count 7 (3/15/24) — Ex. 171

| Qty (units) | Part # | Description | COO | HTS Code | ECCN | License Auth | Net Weight (kg) | Cost Each (USD) | Total Cost (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 10 | ADIS16607-3 | 3 axis digital IMU, 2000dps | US | 8542390 060 | 7A994 | NLR | 0.1 | $100.00 | $1000. 00 |
| 15 | ADIS16607-2 | 3 axis digital IMU, 450dps | US | 8542390 060 | 7A992 | NLR | 0.1 | $100.00 | $1500. 00 |
| 10 | ADXL380-1 | IC-3 axis digital accelerometer, SPI | US | 9031808 085 | EAR99 | NLR | 0.05 | $30.00 | $300.0 0 |
| 10 | ADXL380-2 | IC-3 axis digital accelerometer, I2C | US | 9031808 085 | EAR99 | NLR | 0.05 | $30.00 | $300.0 0 |
| 1 | EVAL-ADIS125Z | ADIS125 evaluation board | US | 8473301 180 | EAR99 | NLR | 0.1 | $100.00 | $100.0 0 |

Count 8 (5/6/24) — Ex. 178

| Qty (units) | Part # | Description | COO | HTS Code | ECCN | License Auth | Net Weight (kg) | Cost Each (USD) | Total Cost (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 3 | ADIS16575-2BMLZX | IC, 3 units of ADIS16575-2BMLZX | US | 8542390 060 | 7A994 | NLR | | $500.00 | $1500. 00 |

***NO TESTIMONY***
***NO EMAILS***
***NO TEXTS***
***NO PHOTOGRAPHS***

# ABEDINI LIVED AND WORKED IN SWITZERLAND

## Postdoc program at EPFL in 2015-16

Mohammad Abediny studied his B.Sc. (2007), M.Sc. (2009) and Ph.D. (2015) all in Sharif University, the most leading technology university in Iran, majoring in Mechanical/Control Engineering. He was talented as best student in his studying and accepted for M.Sc. and Ph.D. straight (no need to pass entrance exam). He has worked Center of Excellence in Design, Robotics and Automation (CEDRA) since 2011 as researcher and technology developer. He joined the EPFL-TOPO lab, that focused on navigation and mapping, in 2015 as researcher for about one year. Now he wants to start a new business with the focus on navigation solutions using his experiences in developing hi-tech navigation systems. He will cover the role of CTO of the company.

Ex. 38

## Start-up pitch to Innovaud in 2018

**From:** Khosrownejad Seyed Mostafa
**Sent:** Monday, September 10, 2018 11:05 PM
**To:** pierre-jean.wipff@innovaud.ch
**Subject:** Re: Innovaud : follow up

Dear Pierre-Jean,

Attached you can find our business plan plus a letter of intent from our first customer. I appreciate your time an consideration and looking forward to receive your feedback and support letter. I should say that we decided to change the name, although it might not be a stable name, we call it SadraLabs now.

Ex. 41

# ABEDINI LIVED AND WORKED IN SWITZERLAND

## Work with Alogo in 2019

On Wednesday, August 28, 2019, 1:43:22 AM GMT+4:30, David Deillon <david@alogo-analysis.ch> wrote:

Dear Mahdi,
Thank you very much for the introduction to Mohammad. It's nice to finally meet you and I will be glad to meet you in person here in Switzerland! I hope everything is fine on your side. It will be very interesting to talk to you and see if we can collaborate on the app development. You can contact me by phone, iMessage, WhatsApp, etc… I'm living pretty close to EPFL and I'm frequently around.

Kind regards,

David Deillon
CEO - Alogo Analysis SA
Swiss Equestrian Analysis
www.alogo.io
+41 79 364 82 99

Ex. 58

## Research with Skaloud in 2020

**From:** Skaloud Jan [jan.skaloud@epfl.ch]
**Sent:** 5/12/2020 7:20:42 AM
**To:** Looney, Mark [Mark.Looney@analog.com]
**CC:** Abedini Mohammad [mohammad.abedini@epfl.ch]; Sadeghi, Mahdi [mahdi.sadeghi@analog.com]
**Subject:** Re: ADIS16475-2 sample request

**Flag:** Follow up

**[External]**

Hallo Mark,

Today I am back at work with Mohammad. Nevertheless, there is still a preference of delivering the mail to my home address (rue Montolieu 7, 1030 Bussigny).

Ex. 551

## Visa and Work Permit Extension in 2021

| | | | |
|---|---|---|---|
| Swiss Overhead | *(144.16)* | *10/8/2021* | *Revolut* |

Tickets to Switzerland for extending visa and work permits and company matters- ticket dates *2021/10/18*

Ex. 220-1

# Prosecution's claims about Abedini's travel are NOT reliable

Ex. 214

**ABEDINI TRAVEL**

| Date | From | To |
|---|---|---|
| 08/06/2019 | Iran | Switzerland |
| 9/17/2019 | Switzerland | Iran |
| 10/6/2019 | Iran | Switzerland |
| 12/12/2019 | Switzerland | Iran |
| 1/18/2020 | Iran | Switzerland |
| 9/4/2020 | Switzerland | Iran |
| 9/27/2020 | Iran | Switzerland |
| 7/6/2021 | Switzerland | Iran |
| 8/2/2021 | Iran | Switzerland |
| 9/3/2021 | Switzerland | Iran |
| 10/18/2021 | Iran | Switzerland |
| 12/9/2021 | Switzerland | Iran |
| 2/7/2022 | Iran | Switzerland |
| 3/29/2022 | Italy | Iran |
| 6/21/2022 | Iran | Italy |
| 7/5/2022 | Italy | Iran |
| 9/27/2022 | Iran | Italy |
| 10/4/2022 | Switzerland | Iran |
| 5/4/2023 | Iran | Switzerland |
| 5/18/2023 | Switzerland | Iran |
| 10/8/2023 | Iran | Switzerland |
| 10/26/2023 | Switzerland | Iran |
| 12/28/2023 | Iran | Switzerland |
| 1/7/2024 | Switzerland | Iran |
| 5/7/2024 | Iran | Switzerland |
| 5/14/2024 | Switzerland | Iran |
| 6/13/2024 | Iran | Switzerland |
| 6/20/2024 | Switzerland | Iran |
| 9/5/2024 | Italy | Iran |

Q. What did you look at?
A. I looked at some flight reservations.
Q. And what do you mean by "flight reservations"?

Q. So documents coming from where?
A. A variety of locations. I -- it was just -- it was documents from the case team.

Q. So let me make that more clear.
Do you mean documents coming from an airline or a government or an email?
A. I don't recall.

Q. Okay. Now, for the flights that are listed on this chart, did you check airline records to confirm whether Mr. Abedini actually flew on these flights?
A. I did not.
Q. Okay. So you don't know whether he boarded these flights?
A. That's correct.
Q. Did you check airline records to see whether there were any additional flights that are not reflected on this chart?

A. I did not.

Tr. 10/94-97 (Ferrara)

# ABEDINI TRAVEL

| Date | From | To |
|---|---|---|
| 08/06/2019 | Iran | Switzerland |
| 9/17/2019 | Switzerland | Iran |
| 10/6/2019 | Iran | Switzerland |
| 12/12/2019 | Switzerland | Iran |
| 1/18/2020 | Iran | Switzerland |
| 9/4/2020 | Switzerland | Iran |
| 9/27/2020 | Iran | Switzerland |
| 7/6/2021 | Switzerland | Iran |
| 8/2/2021 | Iran | Switzerland |
| 9/3/2021 | Switzerland | Iran |
| 10/18/2021 | Iran | Switzerland |
| 12/9/2021 | Switzerland | Iran |
| 2/7/2022 | Iran | Switzerland |
| 3/29/2022 | Italy | Iran |
| 6/21/2022 | Iran | Italy |
| 7/5/2022 | Italy | Iran |
| 9/27/2022 | Iran | Italy |
| 10/4/2022 | Switzerland | Iran |
| 5/4/2023 | Iran | [illegible] |
| 5/18/2023 | Switzerland | [illegible] |
| 10/8/2023 | Iran | [illegible] |
| 10/26/2023 | Switzerland | Iran |
| 12/28/2023 | Iran | [illegible] |
| 1/7/2024 | Switzerland | [illegible] |
| 5/7/2024 | Iran | [illegible] |
| 5/14/2024 | Switzerland | [illegible] |
| 6/13/2024 | Iran | [illegible] |
| 6/20/2024 | Switzerland | [illegible] |
| 9/5/2024 | Italy | [illegible] |




DOCSP/IR/T49145779/IR/07JUN85/F/26JUN24/MOHAMMADI/ZOHREH//H
DOCSP/IRN/K96749396/IRN/04MAR21/M/25JUN26/ABEDININAJAFABADI/MAHYAD
DOCSP/IRN/T49145779/IRN/07JUN85/F/26JUN24/MOHAMMADI/ZOHREH

Ex. 191

| | | | | |
|---|---|---|---|---|
| Swiss Overhead | (1,417.25) | 12/31/2021 | | Mohammad's Insurance - 5 months, from August to the end |
| Swiss Overhead | (672.75) | 12/31/2021 | | Mahyad's Insurance - 5 months, from August to the end |
| Swiss Overhead | (1,526.25) | 12/31/2021 | | Zohreh's Insurance - 5 months, from August to the end |

| | | | | |
|---|---|---|---|---|
| Swiss Overhead | (900.00) | 12/31/2022 | | Mailbox checking fee – 9 months from April to the end |
| Swiss Overhead | (2,894.50) | 12/31/2022 | | Mohammad's Insurance - 10 months, whole year minus the first 2 months |
| Swiss Overhead | (1,294.50) | 12/31/2022 | | Mahyad's Insurance - 10 months, whole year minus the first 2 months |
| Swiss Overhead | (3,117.50) | 12/31/2022 | | Zohreh's Insurance - 10 months, whole year minus the first 2 months |

| | | | | |
|---|---|---|---|---|
| Swiss Overhead | (1,948.80) | 6/30/2023 | BCV | Mohammad's Insurance - the first 6 Months |
| Swiss Overhead | (877.20) | 6/30/2023 | BCV | Mahyad's Insurance - the first 6 Months |
| Swiss Overhead | (2,097.60) | 6/30/2023 | BCV | Zohreh's Insurance - the first 6 months |

Ex. 220-1

# Prosecution's claims about Abedini's travel conflict with other evidence

Ex. 214

**ABEDINI TRAVEL**

| Date | From | To |
|---|---|---|
| 08/06/2019 | Iran | Switzerland |
| 9/17/2019 | Switzerland | Iran |
| 10/6/2019 | Iran | Switzerland |
| 12/12/2019 | Switzerland | Iran |
| 1/18/2020 | Iran | Switzerland |
| 9/4/2020 | Switzerland | Iran |
| 9/27/2020 | Iran | Switzerland |
| 7/6/2021 | Switzerland | Iran |
| 8/2/2021 | Iran | Switzerland |
| 9/3/2021 | Switzerland | Iran |
| 10/18/2021 | Iran | Switzerland |
| 12/9/2021 | Switzerland | Iran |
| 2/7/2022 | Iran | Switzerland |
| 3/29/2022 | Italy | Iran |
| 6/21/2022 | Iran | Italy |
| 7/5/2022 | Italy | Iran |
| 9/27/2022 | Iran | Italy |
| 10/4/2022 | Switzerland | Iran |
| 5/4/2023 | Iran | Switzerland |
| 5/18/2023 | Switzerland | Iran |
| 10/8/2023 | Iran | Switzerland |
| 10/26/2023 | Switzerland | Iran |
| 12/28/2023 | Iran | Switzerland |
| 1/7/2024 | Switzerland | Iran |
| 5/7/2024 | Iran | Switzerland |
| 5/14/2024 | Switzerland | Iran |
| 6/13/2024 | Iran | Switzerland |
| 6/20/2024 | Switzerland | Iran |
| 9/5/2024 | Italy | Iran |


ORIGIN ID:TALA (781) 937-2953
ATTN: SHIPPING DEPARTMENT
ANALOG DEVICES INC
804 WOBURN STREET

WILMINGTON, MA 018871934
UNITED STATES, US

SHIP DATE: 21OCT22
ACTWGT: 1.00 LB MAN
CAD: 0408865/CAFE3616

BILL SENDER
EIN/VAT:

TO MOHAMMAD ABEDINI
ILLUMOVE SA
EPFL SCIENTIFIC PARK
BUILDING C
LAUSANNE, 1015
SWITZERLAND, CH

41779055899
FedEx Express
(CH)
AWB
E

X5 QLSA
PKG:YOUR PKG

TRK# 5877 0662 2644
Form 0430

Ex. 118

# Prosecution's claims about Abedini's travel conflict with other evidence

**ABEDINI TRAVEL**

| Date | From | To |
|---|---|---|
| 08/06/2019 | Iran | Switzerland |
| 9/17/2019 | Switzerland | Iran |
| 10/6/2019 | Iran | Switzerland |
| 12/12/2019 | Switzerland | Iran |
| 1/18/2020 | Iran | Switzerland |
| 9/4/2020 | Switzerland | Iran |
| 9/27/2020 | Iran | Switzerland |
| 7/6/2021 | Switzerland | Iran |
| 8/2/2021 | Iran | Switzerland |
| 9/3/2021 | Switzerland | Iran |
| 10/18/2021 | Iran | Switzerland |
| 12/9/2021 | Switzerland | Iran |
| 2/7/2022 | Iran | Switzerland |
| 3/29/2022 | Italy | Iran |
| 6/21/2022 | Iran | Italy |
| 7/5/2022 | Italy | Iran |
| 9/27/2022 | Iran | Italy |
| 10/4/2022 | Switzerland | Iran |
| 5/4/2023 | Iran | Switzerland |
| 5/18/2023 | Switzerland | Iran |
| 10/8/2023 | Iran | Switzerland |
| 10/26/2023 | Switzerland | Iran |
| 12/28/2023 | Iran | Switzerland |
| 1/7/2024 | Switzerland | Iran |
| 5/7/2024 | Iran | Switzerland |
| 5/14/2024 | Switzerland | Iran |
| 6/13/2024 | Iran | Switzerland |
| 6/20/2024 | Switzerland | Iran |
| 9/5/2024 | Italy | Iran |

Ex. 214

**From:** Mohammad Abedini[m.abedini@illumove.com]
**Sent:** Fri 11/11/2022 3:02:17 PM (UTC)
**To:** Del Corro, Pablo[Pablo.DelCorro@analog.com]
**Subject:** RE: shipment

[External]

Hello Pablo,
This is the tracking number on DHL: 2419012035.

Finally, we had to ship it from Italy, because the DHL Switzerland just could start shipping from Tuesday next week.

You'll reduce it next week on Tuesday at your home. Let me know when you receive it.

I've put each board inside a cover in the parcel. Please open the plastic cover carefully to be sure the wires we soldered on the boards are not detached.

Ex. 122

# Prosecution's claims about Abedini's travel conflict with other evidence

## ABEDINI TRAVEL

| Date | From | To |
|---|---|---|
| 08/06/2019 | Iran | Switzerland |
| 9/17/2019 | Switzerland | Iran |
| 10/6/2019 | Iran | Switzerland |
| 12/12/2019 | Switzerland | Iran |
| 1/18/2020 | Iran | Switzerland |
| 9/4/2020 | Switzerland | Iran |
| 9/27/2020 | Iran | Switzerland |
| 7/6/2021 | Switzerland | Iran |
| 8/2/2021 | Iran | Switzerland |
| 9/3/2021 | Switzerland | Iran |
| 10/18/2021 | Iran | Switzerland |
| 12/9/2021 | Switzerland | Iran |
| 2/7/2022 | Iran | Switzerland |
| 3/29/2022 | Italy | Iran |
| 6/21/2022 | Iran | Italy |
| 7/5/2022 | Italy | Iran |
| 9/27/2022 | Iran | Italy |
| 10/4/2022 | Switzerland | Iran |
| 5/4/2023 | Iran | Switzerland |
| 5/18/2023 | Switzerland | Iran |
| 10/8/2023 | Iran | Switzerland |
| 10/26/2023 | Switzerland | Iran |
| 12/28/2023 | Iran | Switzerland |
| 1/7/2024 | Switzerland | Iran |
| 5/7/2024 | Iran | Switzerland |
| 5/14/2024 | Switzerland | Iran |
| 6/13/2024 | Iran | Switzerland |
| 6/20/2024 | Switzerland | Iran |
| 9/5/2024 | Italy | Iran |

Ex. 214

From: 989131080571@s.whatsapp.net Mohammad Abedini

Look, this is what happened: When I was in Switzerland, I sent Pablo two boards. I had checked the boards initially and they worked properly. Of course, we had not activated all the features of the board at that time, so I can't say for certain that everything worked well

Priority: Normal
Status: Read
Platform: Web
11/1/2022 7:36:28 PM(UTC+0)

From: 989131080571@s.whatsapp.net Mohammad Abedini

The boards don't work properly right now. It seems to have hardware bugs. We have two boards here that are exactly the same as those and they are working

Priority: Normal
Status: Read
Platform: Web
11/1/2022 7:37:00 PM(UTC+0)

Ex. 206-1

# Prosecution's claims about Abedini's travel conflict with other evidence

**ABEDINI TRAVEL**

| Date | From | To |
|---|---|---|
| 08/06/2019 | Iran | Switzerland |
| 9/17/2019 | Switzerland | Iran |
| 10/6/2019 | Iran | Switzerland |
| 12/12/2019 | Switzerland | Iran |
| 1/18/2020 | Iran | Switzerland |
| 9/4/2020 | Switzerland | Iran |
| 9/27/2020 | Iran | Switzerland |
| 7/6/2021 | Switzerland | Iran |
| 8/2/2021 | Iran | Switzerland |
| 9/3/2021 | Switzerland | Iran |
| 10/18/2021 | Iran | Switzerland |
| 12/9/2021 | Switzerland | Iran |
| 2/7/2022 | Iran | Switzerland |
| 3/29/2022 | Italy | Iran |
| 6/21/2022 | Iran | Italy |
| 7/5/2022 | Italy | Iran |
| 9/27/2022 | Iran | Italy |
| 10/4/2022 | Switzerland | Iran |
| 5/4/2023 | Iran | Switzerland |
| 5/18/2023 | Switzerland | Iran |
| 10/8/2023 | Iran | Switzerland |
| 10/26/2023 | Switzerland | Iran |
| 12/28/2023 | Iran | Switzerland |
| 1/7/2024 | Switzerland | Iran |
| 5/7/2024 | Iran | Switzerland |
| 5/14/2024 | Switzerland | Iran |
| 6/13/2024 | Iran | Switzerland |
| 6/20/2024 | Switzerland | Iran |
| 9/5/2024 | Italy | Iran |

Ex. 214


ORIGIN ID:TALA (781) 937-2853
ATTN: SHIPPING DEPARTMENT
ANALOG DEVICES INC
804 WOBURN STREET
WILMINGTON, MA 018871934
US

SHIP DATE: 11JUL23
ACTWGT: 1.00 LB MAN
CAD: 0408865/CAFE3709

BILL SENDER
EIN/VAT:

TO MOHAMMAD ABEDINI
ILLUMOVE SA
EPFL SCIENTIFIC PARK
BUILDING C
LAUSANNE, 1015
CH

41779055899
FedEx
Express
(CH)
AWB
E
X5 QLSA
PKG:ENV
TRK# 6397 6690 4889
Form
0430

Ex. 138

# Prosecution's claims about Abedini's travel conflict with other evidence

Ex. 214

**ABEDINI TRAVEL**

| Date | From | To |
|---|---|---|
| 08/06/2019 | Iran | Switzerland |
| 9/17/2019 | Switzerland | Iran |
| 10/6/2019 | Iran | Switzerland |
| 12/12/2019 | Switzerland | Iran |
| 1/18/2020 | Iran | Switzerland |
| 9/4/2020 | Switzerland | Iran |
| 9/27/2020 | Iran | Switzerland |
| 7/6/2021 | Switzerland | Iran |
| 8/2/2021 | Iran | Switzerland |
| 9/3/2021 | Switzerland | Iran |
| 10/18/2021 | Iran | Switzerland |
| 12/9/2021 | Switzerland | Iran |
| 2/7/2022 | Iran | Switzerland |
| 3/29/2022 | Italy | Iran |
| 6/21/2022 | Iran | Italy |
| 7/5/2022 | Italy | Iran |
| 9/27/2022 | Iran | Italy |
| 10/4/2022 | Switzerland | Iran |
| 5/4/2023 | Iran | Switzerland |
| 5/18/2023 | Switzerland | Iran |
| 10/8/2023 | Iran | Switzerland |
| 10/26/2023 | Switzerland | Iran |
| 12/28/2023 | Iran | Switzerland |
| 1/7/2024 | Switzerland | Iran |
| 5/7/2024 | Iran | Switzerland |
| 5/14/2024 | Switzerland | Iran |
| 6/13/2024 | Iran | Switzerland |
| 6/20/2024 | Switzerland | Iran |
| 9/5/2024 | Italy | Iran |




Ex. 171

# ABEDINI'S TWO FARSI TEXTS DON'T MAKE THE PROSECUTION'S CASE *AGAINST MR. SADEGHI*

From: 989131080571@s.whatsapp.net Mohammad Abedini

I am boarding the airplane right now to go to Switzerland. I will be there for one week.
It would be great if you could send the samples tomorrow so I get them while I'm there

**Priority:** Normal
**Status:** Read
**Platform:** Mobile

9/27/2022 1:38:17 AM(UTC+0)

Source Extraction:
File System
Source Info:
00008140-00142D823428801C_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D087C075-A201-4623-A349-1AE2052E4291/ChatStorage.sqlite : 0x32918E3 (Table: ZWAMESSAGE, Size: 71581696 bytes)
00008140-00142D823428801C_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D087C075-A201-4623-A349-1AE2052E4291/ContactsV2.sqlite : 0x76D4E (Table: ZWAADDRESSBOOKCONTACT, Size: 544768 bytes)

Ex. 206-1

From: 989131080571@s.whatsapp.net Mohammad Abedini

If I'm not there to take delivery of it myself, getting it to Iran will become an issue again.

**Priority:** Normal
**Status:** Read
**Platform:** Mobile

9/27/2022 1:38:48 AM(UTC+0)

Source Extraction:
File System
Source Info:
00008140-00142D823428801C_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D087C075-A201-4623-A349-1AE2052E4291/ChatStorage.sqlite : 0x329167C (Table: ZWAMESSAGE, Size: 71581696 bytes)
00008140-00142D823428801C_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D087C075-A201-4623-A349-1AE2052E4291/ContactsV2.sqlite : 0x76D4E (Table: ZWAADDRESSBOOKCONTACT, Size: 544768 bytes)

# Khamooshi's "translations" of Abedini's texts are not reliable

resandanesh beh Iran baz dastan misheh.

رساندن *rasāndan*, = رسانیدن q.v.;—*chīze ba-chīze rasāndan*, To follow up one thing by another, to bring or produce in succession.

1. getting it ***to Iran*** will become an issue

*OR*

2. getting it [done] ***by Iran*** will become an issue

# KHAMOOSHI'S TRANSLATIONS ARE INCONSISTENT

## Place name as reference location

From: 989131080571@s.whatsapp.net Mohammad Abedini

If I'm not there to take delivery of it myself, getting it to Iran will become an issue again.

**Priority:** Normal

**Status:** Read

## Place names as reference to time

From: 17342728244@s.whatsapp.net MS (owner)
To: 989131080571@s.whatsapp.net Mohammad Abedini

No, I will come after Haft-e Tir.

**Priority:** Normal

*". . . getting it done BEFORE Iran will become an issue again."*

# KHAMOOSHI'S INTERPRETATIONS RE-WROTE ABEDINI'S MESSAGES

| | |
|---|---|
| Ageh khodam nabasham tahvil begiramesh, | If I'm not there to take delivery of it myself, |

Tr. 6/81 (Khamooshi)

Q. And do you agree that your translation has the red "of it" in the English?
A. Yes.
Q. And you added that, right?
A. So the translation has to -- it had to make sense in English. If I say, "If I'm not there to take delivery myself" --
Q. That doesn't make as much sense?
A. I don't think so.
Q. So you added "of it" to help --
A. Yes.

# NO EVIDENCE PROVES MEMBERS OF "ILLUMOVE TEAM" WORKED IN IRAN

Mostafa Khosrownejad (Switzerland)
Arman Ilmak (???)
Hamidreza Razavi (???)
Hassan Salarieh (???)
Leila Hosseini (???)
Kevah Merat (???)
Vahid Khodaei (???)

Q. Okay. At the time that you had these calls and chats and emails, did you know where Mr. Merat and Mr. Abedini were located?
A. No.

Tr. 2/75 (Aghagolzadeh)

Q. Okay. And the metadata here indicates the author of the document is Arman Ilmak, right?
A. That is correct.
Q. You don't know who that person is, right?
A. I do not.
Q. You don't know if that's the person who actually created the document, right?
A. That is correct.
Q. Because, for example, if I let Mr. Marx use my computer, I might show up as the creator of a document, even though he was using my computer, right?
A. That is correct.
Q. Just to understand what we're talking about. And there's no indication of where this person is located, right?
A. That is correct.

Tr. 5/168 (Beckstrom)

# ADI CONTRACTED ILLUMOVE TO MAKE EVALUATIONS BOARDS




Ex. 67

# ILLUMOVE SOLDERED PARTS TO BOARDS

On Friday, May 5, 2023 at 06:24:55 PM GMT+3:30, Mohammad Abedini <m.abedini@illumove.com> wrote:

Hello Pablo,

Yes, I have shipped it. I will let you know about the tracking number soon.



For XL382, I will send you a document describing the issues we faced with them, then we can talk together.

The bests,

Mohammad

Ex. 131

Q. Do you see this email to you from Mr. Abedini?
A. Yes.
Q. And do you see the picture on page 4?
A. Yes.
Q. What is that a picture of?
A. It's a box that contains the motion capture board, it seems like two units of it; and some of the evaluation boards, which are the smallest ones that have the ADI components soldered into it.

Tr. 8/108 (Galchev)

Q. In any event, when you actually used this thing at the demonstration, you had the motion capture board and you had an EB and/or a BB that had ADI parts soldered into it, right?
A. Correct.
Q. And that's what made it possible to demonstrate at the show?
A. Exactly.

Tr. 9/88 (Thompson)

# ADI ALSO CONTRACTED ILLUMOVE TO HELP WITH PRODUCT DEMOS

ANALOG DEVICES

COMMERCIAL INVOICE

SHIP FROM

| | |
|---|---|
| Company | Analog Devices, Inc. |
| Address | One Analog Way |
| City | Wilmington |
| State | MA |
| Zip | 01887 |
| Country | United States |
| Name | John DeRosa |
| Phone | 7819372268 |

| | |
|---|---|
| Commercial Invoice # | 730397 |
| Date Shipped: | May 6 2024 8:34AM |
| Cost Center | 4337 |
| ShipVia | Fedex |
| AWB # | 7016-1227-6381 |
| PCS/Total Gross Wt (KG) | 1 @ 1 Lb |
| Dimensions | 9x7x4 |
| Incoterms | DDP |
| Special Instructions: | |

SOLD TO

| | |
|---|---|
| Company | |
| Address | No charge, value for Customs purposes only. |
| City | |
| State | |
| Zip | |
| Country | |

SHIP TO

| | |
|---|---|
| Company | Illumove SA |
| Address | EPFL Park Scientific, Building C |
| City | Lausanne |
| State | |
| Zip | 1015 |
| Country | Switzerland |
| Attention | Mohammad Abedini |
| Phone # | 41779055899 |
| RMA # | |

| Qty (units) | Part # | Description | COO | HTS Code | ECCN | License Auth | Net Weight (kg) | Cost Each (USD) | Total Cost (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 3 | ADIS16575-2BMLZX | IC, 3 units of ADIS16575-2BMLZX | US | 8542390060 | 7A994 | NLR | | $500.00 | $1500.00 |

Total Qty 3 Total Value $1500.00 Total Net Weight 0

"Osprey" samples for "head-tracking" and "gimbel" demos by ADI at trade conferences

Ex. 177

# ILLUMOVE USED THE SAMPLES AND SENT THEM BACK TO ADI

Q. All right. So there's two IMUs in a gimbal?
A. In this gimbal, yes.

Q. Okay. Also going to be an IMU in the head-tracking app, right?
A. Yes. I believe there was one IMU.

Tr. 9/92-93 (Thompson)

And if we look at Exhibit 177, you're sending three samples to Mr. Abedini of the -- the Osprey IMU at that point, right?
A. Yes.
Q. Okay. And the expectation was, he's going to build them into these demos and send them back to ADI, right?
A. I'm not sure I remember.
Q. What the expectation was?
A. Whether all three were going to be used in the demo or whether one was for evaluation or what the situation was.
Q. Okay. But Abedini sent back both the demos to ADI --

Q. Okay. So at least two of these parts had to go into the gimbal, right?
A. Yes.
Q. Okay. And those two absolutely came back to ADI in the gimbal because you got it?
A. Yes. I'm sorry; I'm not trying to be --

# ILLUMOVE WAS ALREADY FAMILIAR WITH ADI PARTS AND HAD MANY IN ITS OWN STOCK

Q. Now, you understood, based on your regular communications with Mr. Abedini, that, in fact, Illumove already had a lot of the electronic parts to make the board in its stock, right?
A. They had some. I don't know if they had everything that they needed, but, yeah, some.
Q. They certainly had some of them?
A. Yes.
Q. Okay. And it was also clear to you, based on your regular discussions with Mr. Abedini, that Illumove was familiar with a lot of these parts?
A. Yes.
Q. Both the ADI parts and the ones from other companies it was going to use to make these boards?
A. That's correct.

Tr. 6/180 (Beavers)

**From:** Looney, Mark [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7CCFCAF9F2324282B6B8898C2AE7B10E-LOONEY, MAR]
**Sent:** 7/2/2021 9:57:58 AM
**To:** Scannell, Bob [Bob.Scannell@analog.com]
**Subject:** RE: ADI / Leica/Hexagon/Illumove : Update next gen. IMUs (Raptor) ADIS16607

They are already familiar with our products (both components and IMUs) and our competitors.

Ex. 558

**From:** Del Corro, Pablo <Pablo.DelCorro@analog.com>
**Sent:** Friday, April 29, 2022 4:56 PM
**To:** Mohammad Abedini <m.abedini@illumove.com>
**Cc:** Looney, Mark <Mark.Looney@analog.com>; Zhang, Sam <Sam.Zhang@analog.com>
**Subject:** RE: Inertial Sensor Eval System

STM32 H7 series is pin compatible but ~$5 more expensive. Lead time is ~6 months as well, but Illumove have it on their stock.

Ex. 562

# ELECTRONIC COMPONENTS WERE EASY TO OBTAIN ON THE GLOBAL MARKET

**Q.** Now, I want to take you back in time a little bit to before COVID, all right, before all the supply chain problems created such headaches for everyone, so right around the time you're leaving ADI and briefly going to another company.

Back before all those problems in the world, it was -- it wasn't difficult for a company like Illumove to get ahold of the types of electronic parts it would need to build these evaluation boards; is that fair?

**A.** It was average lead times, right, that's correct.

**Q.** I'm sorry. Say that again?

**A.** I would say it was an average lead time for a company to order something and expect in a reasonable amount of time, a few weeks maybe.

**Q.** Yeah, I wasn't so -- I wasn't so much asking about lead time. It's just, like, these weren't hard things to get -- for a company like Illumove to get on the market for electronic parts?

**A.** Yeah. I would agree with that.

Tr. 6/180-81 (Beavers)

# ILLUMOVE AND ABEDINI COULD BUY PARTS FROM ONLINE RESELLERS

**Q.** And you're also familiar with sort of resellers of electronic products, including ADI products, like Mouser and DigiKey; is that right?
**A.** Yes.
**Q.** You've been on their websites?
**A.** Yes.
**Q.** You've perhaps even ordered stuff yourself there from time to time?
**A.** Yes.
**Q.** And they are sort of large resellers of a variety of electronic products from a lot of different sources, right?
**A.** Yes.

Tr. 7/20 (Galchev)

# ILLUMOVE AND ABEDINI COULD (AND DID) BUY PARTS ON THE "CHINA BLACK MARKET"

Q. Okay. You're aware, as a longtime employee of ADI, somebody who works in -- has worked in a variety of functions, including a marketing function, that there is an international black market for electronic components?

A. I am aware.

Q. Okay. And that includes electronic components that ADI makes?

A. Yes.

Q. Okay. And China is one of the places where those -- that black market exists?

A. Yes.

Tr. 4/142-43 (Looney)

**From:** Beavers, Ian
**Sent:** Friday, April 8, 2022 9:14 AM
**To:** Looney, Mark <Mark.Looney@analog.com>; Kern, Paul <Paul.Kern@analog.com>; Zhang, Sam <Sam.Zhang@analog.com>; Bearss, Brock <Brock.Bearss@analog.com>; Del Corro, Pablo <Pablo.DelCorro@analog.com>
**Cc:** Nolan, Alex <Alex.Nolan@analog.com>
**Subject:** RE: Illumove Project Update

Note – Mohammad often casually references accessing the 'China Black Market' when trying to solve distribution spot shortages. I'm not 100% sure that I know what he means, but there could be some issues if the component selections end up being not genuinely authentic.

Ian

Ex. 563

# ILLUMOVE SENT PARTS FROM CHINA TO ADI, WHEN ADI DID NOT HAVE THEM

Q. And then about a week later, he told you that for the microcontrollers he did manage to get 25 pieces and was sending them by DHL from China, and gave you the tracking number.

Do you see that?

A. Yes.

Q. And now seeing that, do you remember that happened? You got those parts, and, in fact, used them to put together the MCB?

A. Correct.

Tr. 8/139 (Del Corro)

**From:** Mohammad Abedini <m.abedini@illumove.com>
**Sent:** Tuesday, August 29, 2023 11:06:28 AM
**To:** Del Corro, Pablo <Pablo.DelCorro@analog.com>
**Subject:** Re: MCB BOM

**[External]**

Hello Pablo,

For the MCUs, I managed to send 25 pieces for you by DHL from China. The tracking number is 1300199386.

Ex. 151

# SUPPLIERS IN CHINA SOLD ADI PARTS BELOW ADI PRICES

Q. So does that refresh your recollection generally about participation you may have had in discussions within ADI in late 2018 about procurement of the ADIS16470 by Alogo?
A. Yes.
Q. Okay. And in general terms, what was happening was Alogo was preparing to or proposing to buy potentially thousands of units of the ADIS16470 over the course of years, right?
A. Yes.
Q. And then Alogo came back to ADI and said, "Hey" -- again, paraphrasing -- "we want better pricing because the assembly company in China that's going to actually build our thing says they can get this part cheaper than you're offering it to us." Right?
A. Yes.

Tr. 8/32 (Galchev)

# IN ITS DEVELOPMENT PROCESS, ADI STOPS MAKING EARLIER “REVISIONS”

Q. And ADI uses the terms like "Rev 0," "Rev A," "Rev B," and "Rev C" to refer to these stages of development?
A. Correct.
Q. And when ADI creates a new revision of a product in the development pipeline, that would -- kind of replaces the old revision; is that right?
A. Correct.

Q. And when ADI goes from one revision to the next, say, from Rev A to Rev B, it doesn't keep producing the old Rev A parts, right?
A. Correct.
Q. And it doesn't sell those old Rev A parts to its customers?
A. Correct.
Q. It just stops making them?
A. Stops making them.

Tr. 8/147-48 (Del Corro)

# ADIS16607 ("RAPTOR") SAMPLES WERE OBSOLETE VERSIONS THAT ADI PLANNED TO DISCARD

Count 4 (7/23)

| | | |
|---|---|---|
| 3 | ADIS16607-3LEZ | ADIS16607 IMU, 2000 dps |

Ex. 138

Count 7 (3/24)

| | | |
|---|---|---|
| 10 | ADIS16607-3 | 3 axis digital IMU, 2000dps |
| 15 | ADIS16607-2 | 3 axis digital IMU, 450dps |

Ex. 171

**From:** Faraclas, Azer <Azer.Faraclas@analog.com>
**Sent:** Thursday, March 7, 2024 4:49 PM

Ex. 168

When Rev C samples are available I will keep them at my desk so that we avoid mixing parts. I can provide them when needed.

At some point in the future (May/June?) we will have more Rev C samples available and we can fully make the switch from Rev B to Rev C, and discard the remaining Rev B samples.

Q. And Mr. Faraclas has said the Rev C samples aren't going to be ready until later in 2024, right?
A. Correct.
Q. So this -- these parts, these free samples that you sent to Mr. Abedini, these were Rev B samples?
A. Not exactly sure, but it -- yeah -- could be.
Q. Okay. These would be the Rev B samples that Mr. Faraclas said he was planning to get rid of when the Rev C samples became available?
A. I don't recall.

Tr. 8/164 (Del Corro)

# ADXL382 SAMPLES WERE ALSO OBSOLETE VERSIONS THAT ADI DISCONTINUED

## Count 2 (9/23)

| | | |
|---|---|---|
| 1 | 10 | ADXL382 |

Ex. 113

### Tapeout History

| Product and Die | TO Date |
|---|---|
| ADXL380/2, ASIC, **Rev0** | Jun 28, 2022 |
| ADXL380/2, ASIC, **RevA** | Jun 29, 2023 |

- RevA ASIC highly successful
  - >110 modification from Rev0, all working.

Ex. 184

Q. Okay. And so as of September '22, the only thing that would have been available was the very first Rev 0 tape-out of these products?
A. Correct.

Q. But ADI wasn't selling those parts to anyone?
A. No.
Q. Right. Those parts were now two rounds in the past?
A. Correct.

Tr. 8/172-73 (Del Corro)

# TACIT MOTION WAS A U.S. START-UP COMPANY FOCUSED ON WEARABLE SPORTS TECHNOLOGY

Sports Tech company.

Kinetic Analytics.

Introducing *Sensei*

Smart clothing wearables

Movement recording and analysis

Waterproof and washable

Base Pod: 75 g, BT, 20hr







**Software App:**

UI/UX, Proprietary Xpression comparison and analysis algorithms

Ex. 50

# AT ADI, SADEGHI FOCUSED ON CONSUMER, HEALTHCARE, AND INDUSTRIAL MARKETS




Ex. 184




Ex. 576

# AT ADI, SADEGHI DID NOT WANT TO WORK ON MILITARY OR DEFENSE APPLICATIONS

Q. And you would agree with me, based on your interactions with Mr. Sadeghi, you understood that he did not want to work on military or defense applications at ADI, correct?
A. Correct.
Q. You understood that, instead, he wanted to work on healthcare and industrial applications at ADI, correct?
A. Correct.

Tr. 7/42-43 (Galchev)

# EXPORT LAW, INCLUDING ITSR, CAN BE "CONVOLUTED," "FLUID," AND "SURPRISING"

Q. Okay. So that makes it sound pretty simple, but you'd agree with me the ITSR is actually a bit more complicated, right?
A. I think that the broad prohibitions are fairly easy to understand because all transactions are prohibited from the United States to Iran. I mean, when you get into more specifics and more nuances, then it gets a little bit more convoluted, but the broad prohibitions are fairly easy to understand.
Q. Did you use the word "convoluted"?
A. It can -- can be a little bit convoluted.
Q. When you get down into the details?
A. Correct.

Tr. 3/103 (Krizek)

Q. Okay. So that's a yes, you'd agree that sanctions programs -- the scope of sanctions programs over time tends to be fluid?
A. Can change, can be fluid. Correct.

Tr. 3/118 (Krizek)

Q. Okay. And the reason why in this agreement the word "export" is in quotes is because that's a technical term, right?
A. Correct.
Q. It has a meaning that can be surprising sometimes to some people what an export means in different contexts?
A. Yes. Yeah.

Tr. 3/174 (DeCarr)

# ITSR DOESN'T DEFINE AN "EXPORT" OR REFER TO AN "EMBARGO"

Q. And the rules themselves, they have lots of definitions; but one thing they don't define is the word "export."
A. Correct.
Q. They also don't define a term that was used on direct examination, "reexport," do they?
A. They do, in the sense of it involving a third country.
Q. I'm asking you, in the definition section of ITSR, is the term "reexport" defined by the US government?
A. Not specifically defined.

Q. Okay. And in all 50 pages of the ITSR, the word "embargo" doesn't appear a single time, does it?
A. I don't believe so. Right.

Tr. 3/104-5 (Krizek)

# EVEN MR. KRIZEK WASN'T "100 PERCENT SURE"

Q. Sure. Because I'm -- this isn't a trick question. I'm not trying to be difficult. Let's say, I have two laptops, one I bought for myself, and one that my company owns. If I want to take a trip to Iran to visit family, and I bring the laptop that my company owns, there's no law against that, right?

A. There's no law against you bringing your personal laptop to Iran.

Q. Well, I was talking about my company laptop.

A. Okay.

Q. So I can bring that one too, right?

A. You might be able to. I'm not 100 percent sure.

Tr. 3/103 (Krizek)

# ADI AUTHORIZED MR. SADEGHI TO TAKE HIS COMPANY LAPTOP TO IRAN

**From:** Barnes, Laura <Laura.Barnes@analog.com>
**Sent:** Thursday, July 1, 2021 5:35 AM
**To:** Sadeghi, Mahdi <mahdi.sadeghi@analog.com>
**Subject:** laptop

Hi Mahdi – while I still don't think that you should have any problems with your laptop (especially given that most everyone travels with one), I've never travelled to Iran and back so, one thing I have heard that some business travelers do is they use a company laptop that has the bare minimum on it of what is needed and they access what they do need via VPN.

So, if your laptop includes design details for export controlled products you may want to consider this regardless of your destination. If you don't have export controlled documents, or if you can remove those documents, then I would use the laptop you have.

Best Regards,
Laura

Sr. Trade Compliance Specialist
Tel: (1) 978-268-3392

**From:** Barnes, Laura <Laura.Barnes@analog.com>
**Sent:** Thursday, July 1, 2021 10:09 AM
**To:** Sadeghi, Mahdi <mahdi.sadeghi@analog.com>
**Subject:** RE: laptop

I agree that you do not need to be concerned.

Have a good trip 😉

Best Regards,
Laura

Sr. Trade Compliance Specialist
Tel: (1) 978-268-3392

Ex. 546

# ADI ALLOWED MR. SADEGHI TO WORK FROM IRAN

Q. Okay. And when Mr. Sadeghi was in Iran, you remember that he would join ADI work meetings sometimes?
A. Yes.
Q. Okay. And while he was there traveling, he would sometimes email you about ADI work stuff, right?
A. Yes.
Q. Or send texts?

Q. And when ADI employees travel abroad, they can remotely connect back to the office through a VPN, right?
A. Yes.
Q. And you've done that when you go back home to Argentina?
A. Yes.
Q. And that's something that ADI allows its employees to do?
A. At that time, I believe so.

Tr. 8/125-26 (Del Corro)

# NO ONE AT TACIT MOTION TALKED ABOUT "SEPEHR"

Q. Okay. So -- all right. Now, I'm going to start showing you a few documents. Oh. Do you have a recollection of the name of Mohammad Abedini's product that you guys used in Switzerland as being Sepehr?
A. I don't know. No.
Q. You don't remember?
A. No, I don't remember.
Q. Okay. Doesn't ring a bell?
A. It does not ring a bell.

Tr. 2/117 (Aghalgozaldeh)

Q. And the name of the ".rar" archive there is "Sepehr parser." Do you see that?
A. I see that.
Q. And the fact that Mr. Sadeghi sent that to you in September of 2017, does that refresh your memory at all about whether Mr. Abedini's module that was being used was called Sepehr?
A. No. It does not -- I did not know that it was Abedini's module.
Q. Okay. But, I mean, you testified, I think, at the time, you knew you were working with a module from Abedini to generate the horse --
A. We did not call it any name.

Tr. 2/120 (Aghalgozaldeh)

# TACIT MOTION USED A NAVIGATION MODULE FROM SDRA TO PROVE ITS MOTION CAPTURE CONCEPT TO ALOGO



Ex. 528




Ex. 198

# THE ADIS16488 SCHEMATIC WAS PART OF THE ALOGO HORSE PROJECT




Ex. 196




Ex. 196-1

# TACIT MOTION THEN DESIGNED ITS OWN MOTION CAPTURE MODULE FOR ALOGO




Ex. 525.5

# UNITED STATES V. MAHDI SADEGHI

Defense Closing
July 8, 2026