UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>MAHDI MOHAMMAD SADEGHI, a/k/a<br>MOHAMMAD MAHDI SADEGHI,<br><br>Defendant. | No. 1:24-CR-10391-IT |

**ASSENTED-TO MOTION TO CONTINUE SENTENCING**

Now comes the United States, through undersigned counsel, and with the assent of the Defendant respectfully moves this Court to continue the date of sentencing, which is currently scheduled for October 13, 2026, before this Court.

In support of this request, the government states as follows:

1. Sentencing in this matter is currently scheduled for October 13, 2026.

2. Due to scheduling conflicts, counsel for the government is not available on October 13, 2026.

3. The government has conferred with counsel for the Defendant, with the U.S. Probation Office, and with the Court regarding re-setting the sentencing hearing.

4. All parties are available November 18, 2026.

5. The undersigned conferred with counsel for the Defendant, who assents to this motion.

//

//

//

//

WHEREFORE, the government requests that the Court reset the sentencing hearing in the above captioned mater to November 18, 2026. Additionally, the government requests that the Court reset the deadlines set forth in the Court's Sentencing Procedural Order (dkt. 320) in accordance with the new sentencing hearing date.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: /s/ *Alathea E. Porter*
ALATHEA E. PORTER
JARED C. DOLAN
Assistant United States Attorneys

LESLIE C. ESBROOK
Trial Attorney
National Security Division
U.S. Department of Justice

**CERTIFICATE OF SERVICE**

I certify that I filed this document via the CM/ECF system on August 17, 2026, which caused the document to be electronically served on all counsel of record.

*/s/ Alathea E. Porter*
Alathea E. Porter

Dated: August 17, 2026