UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>MAHDI MOHAMMAD SADEGHI,<br>a/k/a MOHAMMAD MAHDI SADEGHI<br><br>Defendant. | No. 1:24-CR-10391-IT |

**ASSENTED-TO MOTION FOR REDACTION OF ELECTRONIC TRANSCRIPT**

The United States of America, by and through the undersigned attorneys, respectfully requests that the Court enter limited redactions to the Jury Trial Day 11 Trial Transcript (ECF 315) (the "Transcript"). A proposed redacted version of the Transcript is attached hereto as Exhibit 1.

As grounds for this request, the government states that in multiple places the Transcript contains the first and/or last names of a juror and Court Security Officer who were questioned by the Court outside the presence of the jury. The government seeks to protect the privacy of those individuals through limited redactions.

The undersigned conferred with counsel for the Defendant Mahdi Mohammad Sadeghi, who assents to the motion for redaction of the electronic transcript.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: /s/ *Jared C. Dolan*
JARED C. DOLAN
ALATHEA E. PORTER
Assistant United States Attorneys

SCOTT PROCTOR
Acting Principal Deputy
Assistant Attorney General

By: /s/ *Leslie C. Esbrook*
LESLIE C. ESBROOK
Trial Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Leslie C. Esbrook*
Leslie C. Esbrook
Trial Attorney

Date: November 20, 2026